Eric C.R. K'nAPP (#J-10618)
Salinas Valley State Prison
Post Office Box 1050
Soledad, California 93960-1050

In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY K'nAPP,

Plaintiff,

v.

JAMES TILTON, et al.,

Defendants.

Case No.: CV 08-0719 (PR)

MOTION BY PLAINTIFF FOR LEAVE AND SUFFICIENT TIME TO FILE AN AMENDED COMPLAINT.

TO: THE HONORABLE **Jeffrey S. White**, UNITED STATES DISTRICT JUDGE:

Plaintiff Eric K'nAPP hereby asks the Court for permission to file an amended complaint in the action title above by no later than 8/1/08 to include more and different facts, add new defendants, and otherwise make his claims more perfect.

Plaintiff makes this request pursuant to Rules 6(b), 15, 18, and 19 of the Federal Rules of Civil Procedure, and the Court should grant such leave freely to so amend a complaint. (Foman v. Davis (1962) 371 U.S. 178, 182.)

DATE: May 14, 2008

Respectfully submitted,

ERIC CHARLES RODNEY K'nAPP
Plaintiff, In Pro Per

1 of 1

DECLARED PROOF OF FILING AND/OR SERVICE BY UNITED STATES MAIL

Case Name: **K'nAPP v. Tilton, et al.**; Case No.: **CV 08-0719 JSW (PR)**

I, Eric K'nAPP, Plaintiff in the above action, declare under penalty of perjury that by doing the following in accordance with the Prison Mailbox Rule I filed and/or served the accompanying:

    MOTION BY PLAINTIFF FOR LEAVE AND SUFFICIENT TIME TO FILE AN AMENDED COMPLAINT:

1. I put the original and one copy of the above document inside an envelope addressed to the Clerk of the U.S. District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102-3483;

2. I presented the above-addressed envelope(s) to a guard at Salinas Valley State Prison, who then took possession thereof for processing presumably in accordance with prison mail procedures.

Executed this 20th day of May, 2008, at Soledad, California.

_____
ERIC CHARLES RODNEY K'nAPP