FILED

JUN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KNAPP,<br><br>  Plaintiff,<br><br> vs.<br><br> JAMES TILTON, et al,<br><br>  Defendants. | No. C 08-0719 (PR)<br><br>ORDER VACATING JUNE 13, 2008 ORDER TO SHOW CAUSE; GRANTING LEAVE TO AMEND |

Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison, has filed a pro se complaint under 42 U.S.C. § 1983. On May 7, 2008, the Court ordered Plaintiff to show cause why the complaint should not be dismissed based on 28 U.S.C. § 1915(g). On May 22, 2008, plaintiff filed a response to the order to show cause and a motion requesting leave to file an amended complaint.[1]

Under the Prison Litigation Reform Act ("PLRA"), a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Plaintiff has shown that one of the dismissals the Court identified as a "strike"

---

[1] On June 13, 2008 a second order to show cause was issued in error and is hereby VACATED.

1  under § 1915(g), *Knapp v. Knowles, et al.,* No. 2:06-cv-00453-GEB-GGH (E.D. Cal.
2  June 13, 2007), is currently on appeal. Until the appeal of this dismissal is resolved, the
3  Court will not count the dismissal as a strike. See Adepegba v. Hammons, 103 F.3d 383,
4  387-88 (5th Cir. 1996) (a dismissal should not be counted until the decision on appeal is
5  final); see also Adepegba, 103 F.3d at 388 (two strikes are counted where the district
6  court dismisses a case as frivolous and the appellate court dismisses the appeal therefrom
7  as frivolous, and one strike is counted where appellate court affirms the district court's
8  dismissal of a case as frivolous). As a result, Plaintiff has shown cause why this action
9  should not be dismissed under § 1915(g) at this time.[2] Plaintiff is granted leave to
10 proceed in forma pauperis in a separate order.

11       Plaintiff has filed a motion to file an amended complaint. A plaintiff may amend
12 his complaint once as a matter of course at any time before a responsive pleading is
13 served. See Fed. R. Civ. P. 15(a). Accordingly, the motion for leave to file an amended
14 complaint (docket no. 4) is GRANTED.

15       Plaintiff may file an amended complaint within ***thirty days from the date this***
16 ***order is filed***. The amended complaint must be simple and concise and must include the
17 civil case number used in this order (C 08-0719 JSW (PR)) and the words FIRST
18 AMENDED COMPLAINT on the first page.

19       **Failure to file an amended complaint in accordance with this order will result**
20 **in the dismissal of this action without prejudice. Plaintiff is advised that the**
21 **amended complaint will supersede the original complaint and all other pleadings in**
22 **this action. Claims and Defendants not included in the amended complaint will not**
23 **be considered by the Court. See King v Atiyeh, 814 F2d 565, 567 (9th Cir 1987).**

---

[2] The Court does not reach Plaintiff's other arguments in his response to the order to show cause, and the Court's ruling herein in no way constitutes a finding that such arguments have any merit.

1      It is Plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court
2  informed of any change of address and must comply with the Court's orders in a timely
3  fashion by filing a separate paper captioned "Notice of Change of Address." Failure to
4  do so may result in the dismissal of this action under Federal Rule of Civil Procedure
5  41(b).
6      IT IS SO ORDERED.
7  DATED:   JUN 2 4 2008
                                  JEFFREY S. WHITE
8                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC C R KNAPP et al,

    Plaintiff,

v.

JAMES TILTON et al,

    Defendant.

Case Number: CV08-00719 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Charles Rodney Knapp - J-10618
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk