FILED

08 JUL 11 PM 4: 36

1   Eric C.R. Knapp (J10618)
2   Salinas Valley State Prison
3   P.O. Box 1050
4   Soledad, CA 93960-1050
5
6   In Pro Per
7
8              UNITED STATES DISTRICT COURT
9       NORTHERN        DISTRICT OF CALIFORNIA
10
11  ERIC KNAPP,                    Case No: 3:08-cv-00719-JSW
12          Plaintiff,
13
14  V.                             REQUEST BY PLAINTIFF FOR
15                                 ENLARGEMENT OF TIME TO
16  JAMES TILTON      jet al.,     PREPARE/FILE AMENDED
17          Defendants.            COMPLAINT PER COURT'S
18                                 ORDER OF 6/24/08
19
20  To: The Honorable Jeffrey S. White    , U.S. District Judge:
21
22          Plaintiff Eric Knapp per Fed R Civ P 6(b), hereby seeks sufficient time
23  to prepare/file the above-referenced document.
24          This request is being made in good faith and for just cause as
25  set forth in the following declaration and supporting attachments.
26  ///
27  ///
28  ///

- 1 -

1    DECLARATION OF ERIC KINAPP

2    I, Eric KNAPP, hereby declare the following:

3    1. I am the pro se prisoner litigant in this and 5 other civil cases

4    currently in 5 federal courts.

5    2. I suffer a very painful finger deformity that numerous doctors have

6    repeatedly verified "PRECLUDES" me from using pen or pencil ~~(atthoh)~~ for

7    writing. (See, Attachments pp. 001, 002.)

8    3. For the past 6 years in prison I have always had my own

9    personal typewriter, which medical and corrections officials have
     word-processing

10   recognized as a reasonable and necessary means of accommodating my

11   writing disability per Title I of the ADA 42 U.S.C. § 12131 et seq.

12   (See, Attachments pp. 003-007.)

13   4. On 6/14/08, I suffered "non-disciplinary" confinement in adminis-

14   trative segregation ("ad-seg") at Salinas Valley State Prison. (See,

15   Attachments p. 008.)

16   5. When confining me in ad-seg on 6/14/08, SVSP staff seized all of

17   my active case material and other personal property — including my medically

18   necessary personal typewriter — and stored it away from me. (See, Attachmts

19   pp. 009-013.)

20   6. On 6/18/08, SVSP officials told me I am to remain indefinitely

21   confined in ad-seg until they can get me transferred to a prison in

22   Jamestown. (Attachmts p. 014.)

23   7. On 6/11/08, the SVSP ad-seg property officer gave me just two

24   cubic feet of my active case material, my 13" t.v., and miscellaneous other

25   personal property (see, Attachmts p. 015), but said that I cannot have

26   my medically necessary personal typewriter even though it does reasonably

27   constitute a Health Care Appliance per s. 54030.11 of the Cal. DOC's

28   Dept. operations Manual. (See, Cal. Pen. Code 2653(b), and Title 15 of

                              - 2 -

1  the Cal. Code of Regs., at ss. 3085, 3130, 3160(a), 3164(a), 3350(b)(3,2), and 3335.)

2     8. On 6/29/08, an SVSP official told me I could use the ad-seg

3  law library's non-word-processing typewriter but only once per week, for no more than 2 hours,

4  and in lieu of conducting necessary legal research in my active cases.

5     9. Moreover, the SVSP ad-seg law library fails to provide me

6  physical access to the federally mandated Gilmore collection of updated/

7  current law books, nor is there even an Index or Table of

8  Contents to such books that I can look to for identifying/requesting

9  a copy or printout of needed research material/information.

10     10. By and thru the above confinement conditions since 6/19/08,

11  I have been and am severely prevented, hindered, impeded, limited,

12  restricted, and otherwise hamstrung in my ability to freely, effect-

13  ively, and PAINLESSLY express myself in writing as needed/desired,

14  correspond with loved ones and others in/outside the prison, and

15  prepare legal papers in pending litigation, particularly using the

16  developmental writing process of outlining, drafting, revising, and

17  editing to produce final submissions.

18     11. I have reported my current circumstances above to many

19  SVSP officials, but they have all failed/refused to take appropriate

20  corrective action on my behalf.

21     12. As a result of all the above, I am presently and

22  indeterminately unable to meet the looming filing deadline(s) I

23  have in this and my other pending litigation, but diligence

24  compels me to nevertheless take on the painstaking, laborious task of

25  using my left (nonwriting) hand to notify this Court and request relief

26  on the basis thereof.

27     13. I swear under penalty of perjury that this declaration is

28  true and was executed the 9th day of July 2008, at

   Soledad                    , CA.

— 3 —

1       *Eric R Kpp*

2       Eric C.R. KnAPP

3

4       WHEREFORE, Plaintiff prays the Court will grant him an

5   appropriate extension of time to file the aforementioned document

6   and any other possible relief the Court deems reasonable, necessary, and

7   otherwise appropriate.

8

9   DATED: 7-9-2008

10

11                Respectfully submitted

12

13

14                *Eric R Kpp*

15               ERIC C.R. KnAPP

16               Plaintiff

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS**: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

| | | | |
|---|---|---|---|
| **None** | | **Bottom Bunk** | P / T _____ |
| **Barrier Free/Wheelchair Access** | P / T _____ | **Single Cell (See 128-C date: _____ )** | P / T _____ |
| **Ground Floor Cell** | P / T _____ | **Permanent OHU / CTC (circle one)** | P / T _____ |
| **Continuous Powered Generator** | P / T _____ | **Other** _____ | P / T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| **None** | | **Wheelchair: (type)** _____ | P / T _____ |
| **Limb Prosthesis** | P / T _____ | **Contact Lens(es) & Supplies** | P / T _____ |
| **Brace** | P / T _____ | **Hearing Aid** | P / T _____ |
| **Crutches** | P / T _____ | **Special Garment:** | |
| **Cane: (type)** _____ | P / T _____ | **(specify)** _____ | P / T _____ |
| **Walker** | P / T _____ | **Rx. Glasses:** | P / T _____ |
| **Dressing/Catheter/Colostomy Supplies** | P / T _____ | **Cotton Bedding** | P / T _____ |
| **Shoe: (specify)** _____ | P / T _____ | **Extra Mattress** | P / T _____ |
| **Dialysis Peritoneal** | P / T _____ | **Other** _____ | P / T _____ |

### C. OTHER

| | | | |
|---|---|---|---|
| **None** | | **Therapeutic Diet: (specify)** _____ | P / T _____ |
| **Attendant to assist with meal access** | P / T _____ | | |
| **and other movement inside the institution.** | | **Communication Assistance** | P / T _____ |
| Attendant will not feed or lift the inmate/patient | | **Transport Vehicle with Lift** | P / T _____ |
| or perform elements of personal hygiene. | | **Short Beard** | P / T _____ |
| **Wheelchair Accessible Table** | P / T _____ | **Other** _____ | P / T _____ |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☑ Yes   ☐ No

If yes, specify: *pt's medical condition precludes him from using pen or pencil for writing - PT can use typewriter*

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| SVSP | (R.S.) | MD |

| SIGNATURE | DATE 3/27/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| | | J 10618 |
| HCM/CMO SIGNATURE | DATE 3/28/07 | Knapp, Eric |
| (CIRCLE ONE) APPROVED / DENIED | | B4 - 208L |
| | | DOB: 8/27/67 |

**COMPREHENSIVE ACCOMMODATION CHRONO**

061

CDC 7410 (03/04)

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

| | | | |
|---|---|---|---|
| None | | Bottom Bunk | P / T _____ |
| Barrier Free/Wheelchair Access | P / T _____ | Single Cell (See 128-C date: _____ ) | P / T _____ |
| Ground Floor Cell | P / T _____ | Permanent OHU / CTC (circle one) | P / T _____ |
| Continuous Powered Generator | P / T _____ | Other _____ | P / T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) _____ | P / T _____ |
| Limb Prosthesis | P / T _____ | Contact Lens(es) & Supplies | P / T _____ |
| Brace | P / T _____ | Hearing Aid | P / T _____ |
| Crutches | P / T _____ | Special Garment: | |
| Cane: (type) _____ | P / T _____ | (specify) _____ | P / T _____ |
| Walker | P / T _____ | Rx. Glasses: _____ | P / T _____ |
| Dressing/Catheter/Colostomy Supplies | P / T _____ | Cotton Bedding | P / T _____ |
| Shoe: (specify) _____ | P / T _____ | Extra Mattress | P / T _____ |
| Dialysis Peritoneal | P / T _____ | Other _____ | P / T _____ |

### C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) | P / T _____ |
| Attendant to assist with meal access and other movement inside the institution. | P / T _____ | _____ | |
| | | Communication Assistance | P / T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P / T _____ |
| | | Short Beard | P / T _____ |
| Wheelchair Accessible Table  DURING VISITS | P (T) 1 yr | Other  NO PRONE DOWN | P (T) 1 yr. |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?    ☒ Yes    ☐ No

If yes, specify:  NO USE OF PEN OR PENCIL BUT CAN USE TYPEWRITER

| | | |
|---|---|---|
| INSTITUTION  SVSP | COMPLETED BY (PRINT NAME)  KAUSIMER | TITLE  MD |
| SIGNATURE | DATE  5/12/08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE  5/13/08 | K'nAPP, ERIC  J10618  DOB |
| (CIRCLE ONE)  APPROVED / DENIED | | |

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (03/04)

Inmate Knapp J-10618 is issued Brother ML 100 Strickland typewriter for use in his cell on 03-26-07 2007. Arrangements has been made with Lt. B. Muniz and approved by the Warden M. Evans, for Inmate Knapp to be allowed to use the typewriter for personal and legal work. He will afford this typewriter until his Smith Corona Typewriter is replaced/repaired/returned. Based upon his ADA condition, this loaned typewriter is a reasonable accommodation and should not be removed unless there is a clear misuse of it that threatens institutional/facility security.

Inmate Knapp J10618 _Eric C.R. Knapp_ Date 3/26/07

Issuing Officer _R Gonzales_ Date 3|26|07

NOTE: TYPEWRITER BROTHER ML 100 (STANDARD) — delivered & working. Conditional — Ribbon & daisy wheel included & cover for keyboard.

003

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**          INSTITUTION/PAROLE REGION:  LOG NUMBER:  | CATEGORY:
**ACCOMMODATION REQUEST**                                                          | **18. ADA**
CDC 1824 (1/95)                                                                     CA1-1st

*NOTE:*  **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered
under the Americans With Disabilities Act.*
Can't write, needs pkg containing typewriting supplies   3/13/08 CCII Eloy MEDIL.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| K'napp | J-10618 | | | B4-208 |

In accordance with the provisions of the Americans With Disabilities Act  (ADA), no qualified individuals with a disability
shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or
programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable
you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise
qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office.  A decision will be rendered
within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review.  The decision rendered on this form
constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F"
of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision
rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on
the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

602 converted
to 1824

DESCRIBE THE PROBLEM:

Can't write, needs pkg
Containing typewriting
Supplies.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

I voluntarily withdraw this appeal following issuance of requested relief
on 3/13/08. Thank you.        Eric Knapp (J10618)  5/13/08

See Attached 602                          See Attached 602
INMATE/PAROLEE'S SIGNATURE                 DATE SIGNED

State of California                                    California Department of Corrections and Rehabilitation

# A P P E A L  -  F I R S T  L E V E L  R E V I E W
## S A L I N A S  V A L L E Y  S T A T E  P R I S O N

DATE:  **March 13, 2008**

NAME:  **Knapp**          CDC # **J10618**

*Received on 3/19/08 E.VM*

APPEAL #:  FIRST LEVEL APPEAL LOG **#SVSP-B-08-01257**

APPEAL DECISION:  **Granted**

SUMMARY OF APPEAL:  The Appellant states he is writing impaired and is being prevented from meeting legal deadlines and otherwise exercising his First Amendment Rights due to him not being issued incoming vendor package.  The Appellant states the incoming vendor package contains personal typewriter ribbons that is required in his typewriter.  The Appellant states his chrono for no writing with a pen or pencil and only a typewriter is not being honored.  The Appellant is requesting on appeal that a satisfactory resolution be completed as soon as possible.

SUMMARY OF INVESTIGATION:  On March 13, 2008, the appellant was interviewed and stated he currently has a legal deadline and it must be mailed out by March 13, 2008.  The Appellant states that he needs the typewriter ribbons to meet the deadline because he can not use a pen or pencil.

APPEAL RESPONSE:  A thorough review of this appeal has been completed.  Your appeal is **Granted.**  On March 13, 2008, Facility "B" received the Appellant's quarterly package.  The Appellant was issued his package which contained the typewriter ribbons.  The Appellant withdrew his appeal stating he was satisfied with the results.

If you are dissatisfied with this decision, you may appeal to the Second Level by following the instructions on your appeal form.


K. Johnson
Correctional Sergeant
Salinas Valley State Prison

W. Muñiz
Facility "B" Captain
Salinas Valley State Prison

005

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: **OCT 1 1 2007**

In re:    Eric Knapp, J10618
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

*Received 10/18/07 E. Li*

IAB Case No.: 0700826          Local Log No.: SVSP-07-01543

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager I. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that he has extreme difficulty conducting meaningful research in the Law Library due to his medical condition noted on his CDC Form 7410, Comprehensive Accommodation Chrono, dated March 28, 2007. The medical condition is listed as, "patient's medical condition precludes him from using pen or pencil for writing - patient can use typewriter." The appellant has requested to be granted permission to use the electronic note taking and document preparing features of the Premise Database Application, available on each Gilmore research computer in the Law Library.

**II    SECOND LEVEL'S DECISION:** The reviewer found that on April 19, 2007, the appellant was interviewed by R. Rojas, Library Technical Assistant. The appellant was informed that inmates shall not have access to diskettes or any other electronic storage media, except in an area approved by the institution head. Inmate clerks will give assistance to inmates with learning, language, reading, or writing problems. The appellant's CDC Form 7410, dated March 24, 2007, states that the appellant has a medical condition precluding him from using pen or pencil for writing but indicated the appellant can use a typewriter. The appellant was issued a loaner typewriter on March 30, 2007.

Standard policy prohibits use of word processing or "electronic document preparation" on any of the designated law library computers. The intent of providing these computers statewide is to allow access to the complete Gilmore Law Library. No software for word processing or document preparation is installed or allowed on these computers; they are essentially electronic books to provide access to the library legal collection. Any use of the Law Library computers, other than the limited access and reading of legal materials, is outside of the intended use and is not allowed. Case Law, statutory law, and assorted reference materials are provided at the Salinas Valley State Prison (SVSP) by printing from electronic media. These printouts will be delivered by institutional mail within five working days of a request. Electronic printouts remain the property of SVSP and are subject to overdue fees and lost charges. They may not be purchased.

Based upon the typewriter access provided to the appellant the appeal was partially granted at the Second Level of Review

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.    FINDINGS:** This appeal was categorized at the SVSP as a Legal appeal; however, at the Director's Level of Review (DLR), it is determined this appeal falls under the category of Americans with Disabilities Act (ADA) due to the appellant requesting reasonable accommodation. It has been reclassified as an ADA appeal at the DLR.

It is noted that the appellant does have the option to request copies of specific legal information and these items will be delivered to him within five working days via institutional mail. However, these printouts must be returned to the library. In addition, staff at SVSP have approved and provided a loaner typewriter to the appellant. On October 9, 2007, the examiner contacted Mr. J. Burk, Senior Librarian at SVSP. Mr. Burk informed the examiner that the appellant also has access to a typing stand that sits next

ERIC KNAPP, J10618
CASE NO. 0700826
PAGE 2

to the Law Library Research computer where the appellant can type his notes due to his inability to use a pencil or pen to write notes.

Pursuant to the California Code of Regulations, Title 15, Section (CCR) 3120, each warden shall ensure a law library and related services are maintained for the benefit of inmates in their facility. A library access schedule shall be approved by the warden and posted throughout the facility. There is no statute or regulation that requires the institution to provide the appellant more access time than that which is dictated by his law library status. The appellant has failed to substantiate his claim that staff have denied him proper access to the law library. Pursuant to the Armstrong Remedial Plan (ARP), Section II.H.4, "A request for accommodation may be denied if equally effective access to a program, service, or activity may be afforded through an alternate method which is less costly or intrusive. Alternative methods, which may be less costly or intrusive to the existing operation/program, may be utilized to provide reasonable access in lieu of modifications requested by the inmate/parolee, so long as they are effective." The appellant has been given equally effective access to the law library as he can request printouts of legal material, he can type notes while viewing the law library computer, and he has a loaner typewriter provided to him. The appellant has failed to provide any compelling information or evidence that would warrant a modification to the decision reached by the institution.

**B.  BASIS FOR THE DECISION:**
ARP: ARPI, ARPII.A, ARPII.F, ARPII.H.4, ARPIII.A, ARPIII.B.1
CCR: 3160, 3161, 3162, 3350, 3354

**C.  ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.



N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, SVSP
        Health Care Manager, SVSP
        Appeals Coordinator, SVSP
        Medical Appeals Analyst, SVSP

001

STATE OF CALIFORNIA
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

**FROM: B4-208L    TO: D1-207L**

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| KNAPP | J-10618 |

## REASON(S) FOR PLACEMENT *(PART A)*

- [ ] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
- [ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
- [X] ENDANGERS INSTITUTION SECURITY
- [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT

Inmate KNAPP, J-10618, on 06/14/08, you are being placed in Ad/Seg due to "Possible Safety Concerns." Specifically, on this date, information was received from confidential sources indicating you would be targeted for assault by unknown inmates. Based on this your presence within the Facility B-SNY Population is deemed a threat to your safety and the security of the institution. You are currently designated Single Cell Status and will remain as such in Ad/Seg. You will remain in Ad/Seg pending the completion of an investigation by Sergeant K. Johnson and ICC review of your future program/housing requirements. This placement will affect your Custody Level, Credit Earning, Privilege Group and Visiting Status. Your placement is ordered by Lt. R. Parin.
Inmate KNAPP is a participant in the Mental Health Services Delivery System at the CCCMS level of care.

- [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)
- [✓] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: 6-14-2008

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 06/14/08 | R. PARIN | | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 06/14/08 | 1130 | S. Aranda | | C/O |

- [X] INMATE REFUSED TO SIGN

| INMATE SIGNATURE | CDC NUMBER |
|---|---|
| | J-10618 |

## ADMINISTRATIVE REVIEW *(PART B)*
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME Assigned | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

**IS THIS INMATE:**

| | | | | | | |
|---|---|---|---|---|---|---|
| LITERATE? | [✓] YES | [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | | [ ] YES | [X] NO |
| FLUENT IN ENGLISH? | [✓] YES | [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | | [ ] YES | [X] NO |
| ABLE TO COMPREHEND ISSUES? | [✓] YES | [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | | [ ] YES | [ ] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] YES | [X] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | | [ ] YES | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | | | | |

Any "NO" requires SA assignment

- [ ] NOT ASSIGNED

[✓] NOT ASSIGNED

Any "NO" may require IE assignment

## INMATE WAIVERS

- [ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER
- [✓] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
- [ ] NO WITNESSES REQUESTED BY INMATE

| INMATE SIGNATURE | DATE |
|---|---|
| | 6/16/08 |

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY _____   [ ] RETAIN PENDING ICC REVIEW   [ ] DOUBLE CELL   [✓] SINGLE CELL PENDING ICC

REASON FOR DECISION:
Retain in ASU due to Safety & Security
1X cell

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| AMOS | (A/FA) | 6/16/08 | 1446 | |
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

208

See Chronological Classification Review document (CDC 128-G) for specific hearing information

STATE OF CALIFORNIA
**INMATE PROPERTY INVENTORY**
**CDC 1083 (Rev 2/00)**

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| Knapp | J-10618 | A-1A | S.U.S.P. | 6-14-08 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Hernn | c/o | Security Concerns | 1 |

## CANTEEN ITEMS

| | |
|---|---|
| ☐ Cereal | ☐ Cheese |
| ☐ Cocoa | ☐ Cookies |
| ☐ Crackers | ☐ Creamer |
| ☐ Dry Meat | ☐ Dry Drink Mix |
| ☐ Health Food | ☐ Protein Supplement |
| ☒ Vitamins | ☐ Soup |
| ☐ Nuts | ☐ Sugar Cubes |
| ☐ Tea | ☒ Instant Coffee |
| ☐ Soda | ☐ Peanut Butter |
| ☐ Jelly | ☐ Chips |
| ☐ Honey | ☐ Pork Rinds |
| ☐ Hot Sauce | |

### Stationary Items

| | |
|---|---|
| ☐ Envelopes | ☐ Stamps |
| ☐ Stamped Envelopes | ☐ Greeting Cards |
| ☐ Writing Tablets | ☐ Stationary |
| ☐ Pencil Sharpener | ☒ Pens |
| ☐ Writing Paper | ☒ Pencils |

### Hygiene Items

| | |
|---|---|
| ☒ Razor | ☐ Tweezers |
| ☒ Shaving Cream | ☐ After Shave |
| ☒ Nail Clippers | ☐ Nail Polish |
| ☒ Soap | ☒ Soap Dish |
| ☒ Toothpaste | ☐ Mouthwash |
| ☐ Baby Powder | ☒ Talc |
| ☒ Shampoo | ☐ Conditioner |
| ☒ Hair Grease/Gel | ☒ Deodorant |
| ☐ Perm Kit | ☐ Mirror |
| ☐ Nail Polish | ☐ Foundation |
| ☐ Makeup Ball | ☐ Blush |
| ☐ Mascara | ☒ Other: Q Tips |

### Tobacco Items

| | |
|---|---|
| ☐ Pipe Tobacco | ☐ Chewing Tobacco |
| ☐ Other Tobacco | ☐ Cigarette Ligher |
| ☐ Tobacco Pouch | ☐ Cigarette Case |
| ☐ Cigarette Roller | ☐ Smoking Pipe |

### Other Items

| | |
|---|---|
| ☐ Immersion Heater | ☒ Tumbler |
| ☒ Bowl | ☐ Can Opener |
| ☐ Shoe Polish | ☐ Extension Cord |
| ☐ Batteries | Size: _____ |

## PERSONAL ITEMS

| | |
|---|---|
| ☐ Photo Albums | ☐ Photos |
| ☐ Cassette Tapes | ☐ CDs |
| ☐ Religious Medallion | ☐ Ring G S |
| ☐ Chain G S | ☐ Earrings G S |
| ☒ Watch G S | ☐ Wallet |
| ☐ Prescription Glasses | ☒ Sunglasses |
| ☐ Handkerchief | ☒ Wash Cloth |
| ☐ Magazines | ☐ Books |
| ☐ Address Book | ☒ Calendar |
| ☐ Shoe Horn | ☐ Shaving Bag |
| ☐ Brush | ☒ Comb |
| ☐ Cosmetic Bag | ☐ Perm Rods |

### Clothing Items

| | |
|---|---|
| ☐ B/B Hat | ☒ Watch Cap |
| ☐ Head Band | ☐ Gloves |
| ☒ Shower Thongs | ☐ Slippers |
| ☒ Sweat Pants | ☐ Sweat Shirt |
| ☒ Tennis Shoes | ☐ Raincoat |
| ☒ Thermal Top | ☒ Thermal Pants |
| ☐ Bras | ☐ Panties |
| ☒ Gym Shorts | ☐ Athletic Supporter |
| ☐ Slip | |

### Games

| | |
|---|---|
| ☐ Chess | ☐ Checkers |
| ☐ Dominoes | |

### Other
(1) Package of Rekared Items
(1) Sun Block (1) Lotion (3) Tooth Brushes
(1) Sewing Kit w/needle (1) pair of shoelaces
(3) Spoons (1) Cordless Hair trimmer /w Acessories
(1) Bible (1) calendar (1) pair of yellow boxing
hand wraps (1) Back Supporter (1) Box of Tide
socks

### Hobby Items

_____
_____
_____
_____
_____

## NON-EXPENDABLE ITEMS

| | |
|---|---|
| ☒ Television | ☐ A/C Adapter |

Operational  ☒ Yes  ☐ No

Model: Zenith

SR/N: 4432

| | |
|---|---|
| ☐ CD/Cassette Player | ☐ A/C Adapter |

Operational  ☐ Yes  ☐ No

Model: _____

SR/N: _____

| | |
|---|---|
| ☐ Radio | ☐ A/C Adapter |

Operational  ☐ Yes  ☐ No

Model: _____

SR/N: _____

☐ Musical Instrument

Operational  ☐ Yes  ☐ No

Type: _____

Model: _____

SR/N: _____

☒ Typewriter

Operational  ☒ Yes  ☐ No

Model: Smith Corant Wordsmith

SR/N: 0494

☐ Fan

Model: _____

| | |
|---|---|
| ☐ Lamp | ☐ Electric Shaver |
| ☐ Blow Dryer | ☐ Hair Dryer |
| ☐ Curling Iron | ☐ Hair Rollers |
| ☐ Pressing Comb | ☐ Calculator |

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

_____
_____

| Inmate's Signature Noting Disposition | Date |
|---|---|
| | |

---

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |

| INMATE'S SIGNATURE: | DATE: 6/14/08 | INMATE'S SIGNATURE: | DATE: |
|---|---|---|---|

| RECEIVED IN R&R BY: | INSTITUTION | DATE | |
|---|---|---|---|

All property being disposed of per CCR Section 3091 shall be listed on a separate inventory.

009

STATE OF CALIFORNIA

**INMATE PROPERTY INVENTORY**

**CDC 1083 (Rev 2/00)**

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| Knopp | J-10618 | A-1A | S.V.S.P. | 6-14-08 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Heone | C/O | Security Concerns | 2 |

## CANTEEN ITEMS

| | | | |
|---|---|---|---|
| ☐ Cereal | ☐ Cheese | | |
| ☐ Cocoa | ☐ Cookies | | |
| ☐ Crackers | ☐ Creamer | | |
| ☐ Dry Meat | ☐ Dry Drink Mix | | |
| ☐ Health Food | ☐ Protein Supplement | | |
| ☐ Vitamins | ☐ Soup | | |
| ☐ Nuts | ☐ Sugar Cubes | | |
| ☐ Tea | ☐ Instant Coffee | | |
| ☐ Soda | ☐ Peanut Butter | | |
| ☐ Jelly | ☐ Chips | | |
| ☐ Honey | ☐ Pork Rinds | | |
| ☐ Hot Sauce | | | |

### Stationary Items
| | |
|---|---|
| ☐ Envelopes | ☐ Stamps |
| ☐ Stamped Envelopes | ☐ Greeting Cards |
| ☐ Writing Tablets | ☐ Stationary |
| ☐ Pencil Sharpener | ☐ Pens |
| ☐ Writing Paper | ☐ Pencils |

### Hygiene Items
| | |
|---|---|
| ☐ Razor | ☐ Tweezers |
| ☐ Shaving Cream | ☐ After Shave |
| ☐ Nail Clippers | ☐ Nail Polish |
| ☐ Soap | ☐ Soap Dish |
| ☐ Toothpaste | ☐ Mouthwash |
| ☐ Baby Powder | ☐ Talc |
| ☐ Shampoo | ☐ Conditioner |
| ☐ Hair Grease/Gel | ☐ Deodorant |
| ☐ Perm Kit | ☐ Mirror |
| ☐ Nail Polish | ☐ Foundation |
| ☐ Makeup Ball | ☐ Blush |
| ☐ Mascara | ☐ Other: _____ |

### Tobacco Items
| | |
|---|---|
| ☐ Pipe Tobacco | ☐ Chewing Tobacco |
| ☐ Other Tobacco | ☐ Cigarette Ligher |
| ☐ Tobacco Pouch | ☐ Cigarette Case |
| ☐ Cigarette Roller | ☐ Smoking Pipe |

### Other Items
| | |
|---|---|
| ☐ Immersion Heater | ☐ Tumbler |
| ☐ Bowl | ☐ Can Opener |
| ☐ Shoe Polish | ☐ Extension Cord |
| ☐ Batteries | Size: _____ |

## PERSONAL ITEMS

| | | | |
|---|---|---|---|
| ☐ Photo Albums | | ☐ Photos | |
| ☐ Cassette Tapes | | ☐ CDs | |
| ☐ Religious Medallion | | ☐ Ring G S | |
| ☐ Chain G S | | ☐ Earrings G S | |
| ☐ Watch G S | | ☐ Wallet | |
| ☐ Prescription Glasses | | ☐ Sunglasses | |
| ☐ Handkerchief | | ☐ Wash Cloth | |
| ☐ Magazines | | ☐ Books | |
| ☐ Address Book | | ☐ Calendar | |
| ☐ Shoe Horn | | ☐ Shaving Bag | |
| ☐ Brush | | ☐ Comb | |
| ☐ Cosmetic Bag | | ☐ Perm Rods | |

### Clothing Items
| | |
|---|---|
| ☐ B/B Hat | ☐ Watch Cap |
| ☐ Head Band | ☐ Gloves |
| ☐ Shower Thongs | ☐ Slippers |
| ☐ Sweat Pants | ☐ Sweat Shirt |
| ☐ Tennis Shoes | ☐ Raincoat |
| ☐ Thermal Top | ☐ Thermal Pants |
| ☐ Bras | ☐ Panties |
| ☐ Gym Shorts | ☐ Athletic Supporter |
| ☐ Slip | |

### Games
| | |
|---|---|
| ☐ Chess | ☐ Checkers |
| ☐ Dominoes | |

### Other
(1) Box of Legal work
_____
_____
_____
_____

### Hobby Items
_____

## NON-EXPENDABLE ITEMS

| | |
|---|---|
| ☐ Television | ☐ A/C Adapter |

Operational ☐ Yes ☐ No

Model: _____

SR/N: _____

| | |
|---|---|
| ☐ CD/Cassette Player | ☐ A/C Adapter |

Operational ☐ Yes ☐ No

Model: _____

SR/N: _____

| | |
|---|---|
| ☐ Radio | ☐ A/C Adapter |

Operational ☐ Yes ☐ No

Model: _____

SR/N: _____

☐ Musical Instrument

Operational ☐ Yes ☐ No

Type: _____

Model: _____

SR/N: _____

☐ Typewriter

Operational ☐ Yes ☐ No

Model: _____

SR/N: _____

☐ Fan

Model: _____

| | |
|---|---|
| ☐ Lamp | ☐ Electric Shaver |
| ☐ Blow Dryer | ☐ Hair Dryer |
| ☐ Curling Iron | ☐ Hair Rollers |
| ☐ Pressing Comb | ☐ Calculator |

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

_____
_____
_____

| Inmate's Signature Noting Disposition | Date |
|---|---|
| | |

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATE'S SIGNATURE: [signature]    DATE: 6/14/08 | INMATE'S SIGNATURE:    DATE: |
| RECEIVED IN R&R BY:    INSTITUTION    DATE | |

All property being disposed of per CCR Section 3091 shall be listed on a separate inventory.

010

STATE OF CALIFORNIA
**INMATE PROPERTY INVENTORY**
CDC 1083 (Rev 2/00)

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| K. NAHP | J-10618 | A-1A | S.U.S.P. | 6-14-08 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Harris | C/o | Security Concerns | 3 |

## CANTEEN ITEMS

| | | | |
|---|---|---|---|
| ☐ Cereal | ☐ Cheese | | |
| ☐ Cocoa | ☐ Cookies | | |
| ☐ Crackers | ☐ Creamer | | |
| ☐ Dry Meat | ☐ Dry Drink Mix | | |
| ☐ Health Food | ☐ Protein Supplement | | |
| ☐ Vitamins | ☐ Soup | | |
| ☐ Nuts | ☐ Sugar Cubes | | |
| ☐ Tea | ☐ Instant Coffee | | |
| ☐ Soda | ☐ Peanut Butter | | |
| ☐ Jelly | ☐ Chips | | |
| ☐ Honey | ☐ Pork Rinds | | |
| ☐ Hot Sauce | | | |

### Stationary Items

| | |
|---|---|
| ☐ Envelopes | ☐ Stamps |
| ☐ Stamped Envelopes | ☐ Greeting Cards |
| ☐ Writing Tablets | ☐ Stationary |
| ☐ Pencil Sharpener | ☐ Pens |
| ☐ Writing Paper | ☐ Pencils |

### Hygiene Items

| | |
|---|---|
| ☐ Razor | ☐ Tweezers |
| ☐ Shaving Cream | ☐ After Shave |
| ☐ Nail Clippers | ☐ Nail Polish |
| ☐ Soap | ☐ Soap Dish |
| ☐ Toothpaste | ☐ Mouthwash |
| ☐ Baby Powder | ☐ Talc |
| ☐ Shampoo | ☐ Conditioner |
| ☐ Hair Grease/Gel | ☐ Deodorant |
| ☐ Perm Kit | ☐ Mirror |
| ☐ Nail Polish | ☐ Foundation |
| ☐ Makeup Ball | ☐ Blush |
| ☐ Mascara | ☐ Other: _____ |

### Tobacco Items

| | |
|---|---|
| ☐ Pipe Tobacco | ☐ Chewing Tobacco |
| ☐ Other Tobacco | ☐ Cigarette Lighter |
| ☐ Tobacco Pouch | ☐ Cigarette Case |
| ☐ Cigarette Roller | ☐ Smoking Pipe |

### Other Items

| | |
|---|---|
| ☐ Immersion Heater | ☐ Tumbler |
| ☐ Bowl | ☐ Can Opener |
| ☐ Shoe Polish | ☐ Extension Cord |
| ☐ Batteries | Size: _____ |

## PERSONAL ITEMS

| | | | |
|---|---|---|---|
| ☐ Photo Albums | ☐ Photos | | |
| ☐ Cassette Tapes | ☐ CDs | | |
| ☐ Religious Medallion | ☐ Ring G S | | |
| ☐ Chain G S | ☐ Earrings G S | | |
| ☐ Watch G S | ☐ Wallet | | |
| ☐ Prescription Glasses | ☐ Sunglasses | | |
| ☐ Handkerchief | ☐ Wash Cloth | | |
| ☐ Magazines | ☐ Books | | |
| ☐ Address Book | ☐ Calendar | | |
| ☐ Shoe Horn | ☐ Shaving Bag | | |
| ☐ Brush | ☐ Comb | | |
| ☐ Cosmetic Bag | ☐ Perm Rods | | |

### Clothing Items

| | |
|---|---|
| ☐ B/B Hat | ☐ Watch Cap |
| ☐ Head Band | ☐ Gloves |
| ☐ Shower Thongs | ☐ Slippers |
| ☐ Sweat Pants | ☐ Sweat Shirt |
| ☐ Tennis Shoes | ☐ Raincoat |
| ☐ Thermal Top | ☐ Thermal Pants |
| ☐ Bras | ☐ Panties |
| ☐ Gym Shorts | ☐ Athletic Supporter |
| ☐ Slip | |

### Games

| | |
|---|---|
| ☐ Chess | ☐ Checkers |
| ☐ Dominoes | |

### Other

(1) Box of legal work

### Hobby Items

## NON-EXPENDABLE ITEMS

| | | |
|---|---|---|
| ☐ Television | | ☐ A/C Adapter |
| Operational | ☐ Yes | ☐ No |

Model: _____

SR/N: _____

| | | |
|---|---|---|
| ☐ CD/Cassette Player | | ☐ A/C Adapter |
| Operational | ☐ Yes | ☐ No |

Model: _____

SR/N: _____

| | | |
|---|---|---|
| ☐ Radio | | ☐ A/C Adapter |
| Operational | ☐ Yes | ☐ No |

Model: _____

SR/N: _____

| | | |
|---|---|---|
| ☐ Musical Instrument | | |
| Operational | ☐ Yes | ☐ No |

Type: _____

Model: _____

SR/N: _____

| | | |
|---|---|---|
| ☐ Typewriter | | |
| Operational | ☐ Yes | ☐ No |

Model: _____

SR/N: _____

☐ Fan

Model: _____

| | |
|---|---|
| ☐ Lamp | ☐ Electric Shaver |
| ☐ Blow Dryer | ☐ Hair Dryer |
| ☐ Curling Iron | ☐ Hair Rollers |
| ☐ Pressing Comb | ☐ Calculator |

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

_____
_____
_____

| Inmate's Signature Noting Disposition | Date |
|---|---|

---

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATE'S SIGNATURE: _____  DATE: 6/14/08 | INMATE'S SIGNATURE:                              DATE: |
| RECEIVED IN R&R BY:      INSTITUTION      DATE: | |

All property being disposed of per CCR Section 3091 shall be listed on a separate inventory.

STATE OF CALIFORNIA
**INMATE PROPERTY INVENTORY**
CDC 1083 (Rev 2/00)

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| C WHPP | J-10618 | A-1A | S.V.S.P. | 6-14-08 |

| PROPERTY INVENTORED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Herny | C/O | Security Concens | 4 |

## CANTEEN ITEMS

- [ ] Cereal
- [ ] Cheese
- [ ] Cocoa
- [ ] Cookies
- [ ] Crackers
- [ ] Creamer
- [ ] Dry Meat
- [ ] Dry Drink Mix
- [ ] Health Food
- [ ] Protein Supplement
- [ ] Vitamins
- [ ] Soup
- [ ] Nuts
- [ ] Sugar Cubes
- [ ] Tea
- [ ] Instant Coffee
- [ ] Soda
- [ ] Peanut Butter
- [ ] Jelly
- [ ] Chips
- [ ] Honey
- [ ] Pork Rinds
- [ ] Hot Sauce

### Stationary Items
- [ ] Envelopes
- [ ] Stamps
- [ ] Stamped Envelopes
- [ ] Greeting Cards
- [ ] Writing Tablets
- [ ] Stationary
- [ ] Pencil Sharpener
- [ ] Pens
- [ ] Writing Paper
- [ ] Pencils

### Hygiene Items
- [ ] Razor
- [ ] Tweezers
- [ ] Shaving Cream
- [ ] After Shave
- [ ] Nail Clippers
- [ ] Nail Polish
- [ ] Soap
- [ ] Soap Dish
- [ ] Toothpaste
- [ ] Mouthwash
- [ ] Baby Powder
- [ ] Talc
- [ ] Shampoo
- [ ] Conditioner
- [ ] Hair Grease/Gel
- [ ] Deodorant
- [ ] Perm Kit
- [ ] Mirror
- [ ] Nail Polish
- [ ] Foundation
- [ ] Makeup Ball
- [ ] Blush
- [ ] Mascara
- [ ] Other: _____

### Tobacco Items
- [ ] Pipe Tobacco
- [ ] Chewing Tobacco
- [ ] Other Tobacco
- [ ] Cigarette Lighter
- [ ] Tobacco Pouch
- [ ] Cigarette Case
- [ ] Cigarette Roller
- [ ] Smoking Pipe

### Other Items
- [ ] Immersion Heater
- [ ] Tumbler
- [ ] Bowl
- [ ] Can Opener
- [ ] Shoe Polish
- [ ] Extension Cord
- [ ] Batteries   Size: _____

## PERSONAL ITEMS

- [ ] Photo Albums
- [ ] Photos
- [ ] Cassette Tapes
- [ ] CDs
- [ ] Religious Medallion
- [ ] Ring G S
- [ ] Chain G S
- [ ] Earrings G S
- [ ] Watch G S
- [ ] Wallet
- [ ] Prescription Glasses
- [ ] Sunglasses
- [ ] Handkerchief
- [ ] Wash Cloth
- [ ] Magazines
- [ ] Books
- [ ] Address Book
- [ ] Calendar
- [ ] Shoe Horn
- [ ] Shaving Bag
- [ ] Brush
- [ ] Comb
- [ ] Cosmetic Bag
- [ ] Perm Rods

### Clothing Items
- [ ] B/B Hat
- [ ] Watch Cap
- [ ] Head Band
- [ ] Gloves
- [ ] Shower Thongs
- [ ] Slippers
- [ ] Sweat Pants
- [ ] Sweat Shirt
- [ ] Tennis Shoes
- [ ] Raincoat
- [ ] Thermal Top
- [ ] Thermal Pants
- [ ] Bras
- [ ] Panties
- [ ] Gym Shorts
- [ ] Athletic Supporter
- [ ] Slip

### Games
- [ ] Chess
- [ ] Checkers
- [ ] Dominoes

### Other

(1) Box of Legal Work

### Hobby Items
_____
_____
_____
_____
_____
_____
_____

## NON-EXPENDABLE ITEMS

- [ ] Television
- [ ] A/C Adapter
  Operational [ ] Yes [ ] No
  Model: _____
  SR/N: _____

- [ ] CD/Cassette Player
- [ ] A/C Adapter
  Operational [ ] Yes [ ] No
  Model: _____
  SR/N: _____

- [ ] Radio
- [ ] A/C Adapter
  Operational [ ] Yes [ ] No
  Model: _____
  SR/N: _____

- [ ] Musical Instrument
  Operational [ ] Yes [ ] No
  Type: _____
  Model: _____
  SR/N: _____

- [ ] Typewriter
  Operational [ ] Yes [ ] No
  Model: _____
  SR/N: _____

- [ ] Fan
  Model: _____

- [ ] Lamp
- [ ] Electric Shaver
- [ ] Blow Dryer
- [ ] Hair Dryer
- [ ] Curling Iron
- [ ] Hair Rollers
- [ ] Pressing Comb
- [ ] Calculator

All nonoperational items shall either be repaired, sen[t] home, or disposed of. Note disposition of the item[s] below:

_____
_____
_____

| Inmate's Signature Noting Disposition | Date |
|---|---|

---

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |

INMATE'S SIGNATURE: _____   DATE: 6/14/08

INMATE'S SIGNATURE: _____   DATE: _____

| RECEIVED IN R&R BY: | INSTITUTION | DATE |
|---|---|---|

All property being disposed of per CCR Section 3091 shall be listed on a separate inventory.

STATE OF CALIFORNIA                                                              DEPARTMENT OF CORRECTIONS
**INMATE PROPERTY INVENTORY**
**CDC 1083 (Rev 2/00)**

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| Kneipp | J-10698 | A-1A | S.V.S.P | 6-14-05 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Leone | c/o | Security Concerns | 5 |

## CANTEEN ITEMS

| | |
|---|---|
| ☐ Cereal | ☐ Cheese |
| ☐ Cocoa | ☐ Cookies |
| ☐ Crackers | ☐ Creamer |
| ☐ Dry Meat | ☐ Dry Drink Mix |
| ☐ Health Food | ☐ Protein Supplement |
| ☐ Vitamins | ☐ Soup |
| ☐ Nuts | ☐ Sugar Cubes |
| ☐ Tea | ☐ Instant Coffee |
| ☐ Soda | ☐ Peanut Butter |
| ☐ Jelly | ☐ Chips |
| ☐ Honey | ☐ Pork Rinds |
| ☐ Hot Sauce | |

### Stationary Items

| | |
|---|---|
| ☐ Envelopes | ☐ Stamps |
| ☐ Stamped Envelopes | ☐ Greeting Cards |
| ☐ Writing Tablets | ☐ Stationary |
| ☐ Pencil Sharpener | ☐ Pens |
| ☐ Writing Paper | ☐ Pencils |

### Hygiene Items

| | |
|---|---|
| ☐ Razor | ☐ Tweezers |
| ☐ Shaving Cream | ☐ After Shave |
| ☐ Nail Clippers | ☐ Nail Polish |
| ☐ Soap | ☐ Soap Dish |
| ☐ Toothpaste | ☐ Mouthwash |
| ☐ Baby Powder | ☐ Talc |
| ☐ Shampoo | ☐ Conditioner |
| ☐ Hair Grease/Gel | ☐ Deodorant |
| ☐ Perm Kit | ☐ Mirror |
| ☐ Nail Polish | ☐ Foundation |
| ☐ Makeup Ball | ☐ Blush |
| ☐ Mascara | ☐ Other: ___ |

### Tobacco Items

| | |
|---|---|
| ☐ Pipe Tobacco | ☐ Chewing Tobacco |
| ☐ Other Tobacco | ☐ Cigarette Ligher |
| ☐ Tobacco Pouch | ☐ Cigarette Case |
| ☐ Cigarette Roller | ☐ Smoking Pipe |

### Other Items

| | |
|---|---|
| ☐ Immersion Heater | ☐ Tumbler |
| ☐ Bowl | ☐ Can Opener |
| ☐ Shoe Polish | ☐ Extension Cord |
| ☐ Batteries | Size: ___ |

## PERSONAL ITEMS

| | |
|---|---|
| ☐ Photo Albums | ☐ Photos |
| ☐ Cassette Tapes | ☐ CDs |
| ☐ Religious Medallion | ☐ Ring G S |
| ☐ Chain G S | ☐ Earrings G S |
| ☐ Watch G S | ☐ Wallet |
| ☐ Prescription Glasses | ☐ Sunglasses |
| ☐ Handkerchief | ☐ Wash Cloth |
| ☐ Magazines | ☒ Books |
| ☐ Address Book | ☐ Calendar |
| ☐ Shoe Horn | ☐ Shaving Bag |
| ☐ Brush | ☐ Comb |
| ☐ Cosmetic Bag | ☐ Perm Rods |

### Clothing Items

| | |
|---|---|
| ☐ B/B Hat | ☐ Watch Cap |
| ☐ Head Band | ☐ Gloves |
| ☐ Shower Thongs | ☐ Slippers |
| ☐ Sweat Pants | ☐ Sweat Shirt |
| ☐ Tennis Shoes | ☐ Raincoat |
| ☐ Thermal Top | ☐ Thermal Pants |
| ☐ Bras | ☐ Panties |
| ☐ Gym Shorts | ☐ Athletic Supporter |
| ☐ Slip | |

### Games

| | |
|---|---|
| ☐ Chess | ☐ Checkers |
| ☐ Dominoes | |

### Other

(1) Box of legal work
(14) Typewriter Ribbons

**PENDING**

### Hobby Items

___

## NON-EXPENDABLE ITEMS

| | |
|---|---|
| ☐ Television | ☐ A/C Adapter |

Operational   ☐ Yes   ☐ No

Model: ___

SR/N: ___

| | |
|---|---|
| ☐ CD/Cassette Player | ☐ A/C Adapter |

Operational   ☐ Yes   ☐ No

Model: ___

SR/N: ___

| | |
|---|---|
| ☐ Radio | ☐ A/C Adapter |

Operational   ☐ Yes   ☐ No

Model: ___

Sr/N: ___

☐ Musical Instrument

Operational   ☐ Yes   ☐ No

Type: ___

Model: ___

SR/N: ___

☐ Typewriter

Operational   ☐ Yes   ☐ No

Model: ___

SR/N: ___

☐ Fan

Model: ___

| | |
|---|---|
| ☐ Lamp | ☐ Electric Shaver |
| ☐ Blow Dryer | ☐ Hair Dryer |
| ☐ Curling Iron | ☐ Hair Rollers |
| ☐ Pressing Comb | ☐ Calculator |

All nonoperational items shall either be repaired, sen home, or disposed of. Note disposition of the item below:

___
___
___

| Inmate's Signature Noting Disposition | Date |
|---|---|
| | |

---

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATE'S SIGNATURE: _____ DATE: 6/14/08 | INMATE'S SIGNATURE: _____ DATE: |
| RECEIVED IN R&R BY: _____ INSTITUTION: _____ DATE: _____ | 013 |

All property being disposed of per CCR Section 3091 shall be listed on a separate inventory.

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

D1-207

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| KNAPP | J-10518 |

## REASON(S) FOR PLACEMENT *(PART A)*

☐ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☒ ENDANGERS INSTITUTION SECURITY    ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

Inmate KNAPP, J-10518, you were originally placed into Ad/Seg on 05/14/08, due to "Possible Safety Concerns." The investigation has been completed. However, on 05/20/08, you are being retained in Ad/Seg on Single Cell Status "Pending Transfer". Based on this your presence in the Facility F SNY-General Population is deemed a threat to the safety and security of this institution. You will remain in Ad/Seg pending transfer. This retention will affect your Custody Level, Credit Earning, Privilege Group and Visiting Status. Your retention in Ad/Seg is ordered by Lieutenant D.C. Fletcher.

NOTE: Inmate KNAPP is a participant in the Mental Health Services Delivery System at the CCMS level of care.

☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    ☐ IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:    /    /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 05/20/08 | D.C. Fletcher | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

| ☐ INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER J-10518 |
|---|---|---|

## ADMINISTRATIVE REVIEW *(PART B)*
**The following to be completed during the initial administrative review by Captain or higher by the first working day following placement**

### STAFF ASSISTANT (SA)

| STAFF ASSISTANT'S NAME | TITLE |
|---|---|
| | |

### INVESTIGATIVE EMPLOYEE (IE)

| INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|
| | |

### IS THIS INMATE:

| | | | |
|---|---|---|---|
| LITERATE? | ☐ YES ☐ NO | EVIDENCE COLLECTION BY IE UNNECESSARY | ☐ YES ☐ NO |
| FLUENT IN ENGLISH? | ☐ YES ☐ NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☐ YES ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☐ YES ☐ NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ YES ☐ NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☐ YES ☐ NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ YES |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | |

Any "NO" requires SA assignment

☐ NOT ASSIGNED

☐ NOT ASSIGNED

Any "NO" may require IE assignment

### INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

☐ NO WITNESSES REQUESTED BY INMATE

| INMATE SIGNATURE | DATE |
|---|---|
| | |

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** ☐ RELEASE TO UNIT/FACILITY_____    ☐ RETAIN PENDING ICC REVIEW    ☐ DOUBLE CELL    ☐ SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | D14 |

See Chronological Classification Review document (CDC 128-G) for specific hearing information

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
**INMATE PROPERTY INVENTORY**
CDC 1083 (Rev (2/00)

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
| Knapp | | C/o | | 6/6/06 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
| Daley | C/o | Transfer to | |

## CANTEEN ITEMS

| | | | |
|---|---|---|---|
| ☐ Cereal | ☐ Cheese | | |
| ☐ Cocoa | ☐ Cookies | | |
| ☐ Crackers | ☐ Creamer | | |
| ☐ Dry Meat | ☐ Dry Drink Mix | | |
| ☐ Health Food | ☐ Protein Supplement | | |
| ☐ Vitamins | ☐ Soup | | |
| ☐ Nuts | ☐ Sugar Cubes | | |
| ☐ Tea | ☒ Instant Coffee | | |
| ☐ Soda | ☐ Peanut Butter | | |
| ☐ Jelly | ☐ Chips | | |
| ☐ Honey | ☐ Pork Rinds | | |
| ☐ Hot Sauce | | | |

### Stationary Items

| | |
|---|---|
| ☒ Envelopes | ☒ Stamps |
| ☐ Stamped Envelopes | ☐ Greeting Cards |
| ☐ Writing Tablets | ☐ Stationary |
| ☐ Pencil Sharpener | ☐ Pens |
| ☒ Writing Paper | ☐ Pencils |

### Hygiene Items

| | |
|---|---|
| ☐ Razor | ☐ Tweezers |
| ☐ Shaving Cream | ☐ After Shave |
| ☐ Nail Clippers | ☐ Nail Polish |
| ☐ Soap | ☐ Soap Dish |
| ☐ Toothpaste | ☐ Mouthwash |
| ☐ Baby Powder | ☐ Talc |
| ☒ Shampoo | ☒ Conditioner |
| ☐ Hair Grease/Gel | ☐ Deodorant |
| ☐ Perm Kit | ☐ Mirror |
| ☐ Nail Polish | ☐ Foundation |
| ☐ Makeup Ball | ☐ Blush |
| ☐ Mascara | ☒ Other Vitamins |

### Other Items

| | |
|---|---|
| ☐ Immersion Heater | ☐ Tumbler |
| ☐ Bowl | ☐ Can Opener |
| ☐ Shoe Polish | ☐ Extension Cord |
| ☐ Batteries | Size: |

## PERSONAL ITEMS

| | | | |
|---|---|---|---|
| ☐ Photo Albums | | ☐ Photos | |
| ☐ Cassette Tapes | | ☐ CDs | |
| ☐ Religious Medallion | | ☐ Ring G.S | |
| ☐ Chain G.S | | ☐ Earrings G.S | |
| ☐ Watch G.S | | ☒ Wallet | |
| ☐ Prescription Glasses | | ☐ Sunglasses | |
| ☐ Handkerchief | | ☐ Wash Cloth | |
| ☐ Magazines | | ☐ Books | |
| ☐ Address Book | | ☐ Calendar | |
| ☐ Shoe Horn | | ☐ Shaving Bag | |
| ☐ Brush | | ☐ Comb | |
| ☐ Cosmetic Bag | | ☐ Perm Rods | |

### Clothing Items

| | |
|---|---|
| ☐ B/B Hat | ☐ Watch Cap |
| ☐ Head Band | ☐ Gloves |
| ☒ Shower Thongs | ☐ Slippers |
| ☐ Sweat Pants | ☐ Sweat Shirt |
| ☐ Tennis Shoes | ☐ Raincoat |
| ☒ Thermal Top | ☐ Thermal Pants |
| ☐ Bras | ☐ Panties |
| ☐ Gym Shorts | ☐ Athletic Supporter |
| ☐ Slip | |

### Games

| | |
|---|---|
| ☐ Chess | ☐ Checkers |
| ☐ Dominoes | |

### Other
Dictionary / Title 15
Legal Box
Back Brace

### Hobby Items
Legal Material
*apprx 3 cubic ft.*

## NON-EXPENDABLE ITEMS

| | |
|---|---|
| ☒ Televisions | ☐ A/C Adapter |
| Operational | ☒ Yes    ☐ No |
| Model: Zenith #9391 |
| SR/N: wt CHtc |
| ☐ CD/Cassette Player | ☐ A/C Adapter |
| Operational | ☒ Yes    ☐ No |
| Model: |
| SR/N: |
| ☐ Radio | ☐ A/C Adapter |
| Operational | ☐ Yes    ☐ No |
| Model: |
| SR/N: |
| ☐ Musical Instruments | |
| Operational | ☐ Yes    ☐ No |
| Type: |
| Model: |
| SR/N: |
| ☐ Typewriter | |
| Operational | ☐ Yes    ☐ No |
| Model: |
| SR/N: |
| ☐ Fan | |
| Model: |
| ☐ Lamp | ☐ Electric Shaver |
| ☐ Blow Dryer | ☐ Hair Dryer |
| ☐ Curling Iron | ☐ Hair Rollers |
| ☐ Pressing Comb | ☐ Calculator |

All nonoperational items shall either be repaired, sent home or disposed of. Note disposition of the item below:

| Inmate's Signature Noting Disposition | Date |
| | |

---

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below. |
| INMATE'S SIGNATURE:                          DATE: | INMATE'S SIGNATURE: _Knapp_            DATE: 6/21/08 |
| RECEIVED IN R&R BY:        INSTITUTION        DATE | |

**All property being disposed of per CCR Section 3091 shall be listed on a separate inventory.**

Confidential

LEGAL MAIL ONLY

CONFIDENTIAL

**STATE PRISON
GENERATED MAIL**

K.n A(A(A(Dicker)
Solano Valley State Prison
01-267
P.O. Box 1050
Soledad, CA 93960-1050

Clerk, U.S. District Court
Northern Dist. of Calif.
450 Golden Gate Avenue
San Francisco, CA 94102



UNITED STATES POSTAGE
$ 01.85°
02 1A
0004397456
MAILED FROM ZIPCODE 92590
JUL 10 2008

CONFIDENTIAL