𝔍

1  Eric C.R. K'nAPP (#J-10618)
2  Salinas Valley State Prison
   Post Office Box 1050
3  Soledad, California 93960-1050
4  In Propria Persona

**FILED**

AUG 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  ERIC CHARLES RODNEY K'nAPP,           Case Number:    CV 08-0719 JVS (PR)
12  Plaintiff,
13  v.
14  JAMES TILTON, et al.,                 NOTICE OF LAWSUIT AND REQUEST FOR
15  Defendants.                           WAIVER OF SERVICE OF SUMMONS.
16  _____/
17
18         To:  Mr. Mike S. Evans, Warden
19              Salinas Valley State Prison
                31625 Highway 101, Post Office Box 1020
20              Soledad, California 93960-1020
21

22         A lawsuit has been commenced against you. A copy of the complaint is
23  attached to this notice. It has been filed in the United States District Court for
24  the Northern District of California and has been assigned as Case No. 08-0719.

25         This is not a formal summons or notification from the court, but rather
26  my request that you sign and return the enclosed waiver of service in order to
27  save the cost of serving you with a judicial summons and an additional copy of the
28  complaint. The cost of service will be avoided if I receive a signed copy of the
29  waiver within 45 days after the below date this Notice and Request was sent. I do
30  not enclose a stamped or addressed envelope (or other means of cost-free return)
31  for your use because I am indigent and you have sufficient means to send me the
32  waiver at little to no cost to you. I am also unable to provide you with an extra
33  copy of the waiver for your records because of a certain underground copy policy
34  whereby prison staff are currently being caused and/or allowed to unlawfully deny
35  me sufficient copies of legal documents. (See, Claim 19 in my accompanying
36  complaint).

37         If you comply with this request and return the signed waiver, it will be
38  filed with the court and no summons will be served on you. The action will then

1 of 2

1   proceed as if you had been served on the date the waiver is filed, except that you
2   will not be obligated to answer the complaint before 60 days from the below date
3   this Notice and Request was sent.

4       If you do not return the signed waiver within the time indicated, I will
5   take appropriate steps to effect formal service in a manner authorized by the
6   Federal Rules of Civil Procedure and will then, to the extent authorized by those
7   Rules, ask the court to require you to pay the full costs of such service. In that
8   connection, please read the statement concerning the duty of parties to waive the
9   service of the summons, which is set forth on the reverse side of the waiver form.
10      I affirm that this request is being sent to you by me on this 12th day
11  of February , 2008.

12
13                              Eri R
14                              ERIC CHARLES RODNEY K'nAPP
                                Plaintiff, In Propria Persona
15  ///
16  //
17  /
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38

DECLARATION OF MAILING

Case Name: K'nAPP v. Tilton, et al.;   Case No.: CV 08-0719 JVS (PR)

I, Eric K'nAPP, "Plaintiff" in the above-titled action, declare under penalty of perjury that by doing the following in accordance with the Prison Mailbox Rule I mailed the accompanying:

NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS.

1. I put the original of the above document inside an envelope addressed to the following defendant named in the above civil action:

Michael S. Evans, Warden
Salinas Valley State Prison
31625 Highway 101, Post Office Box 1020
Soledad, California 93960-1020

2. I presented the above-addressed envelope to a Salinas Valley State Prison correctional officer, who took possession thereof for processing in accordance with prison mail procedures.

Executed this 12th day of February, 2008, at Soledad, California.

ERIC CHARLES RODNEY K'nAPP

DECLARATION OF MAILING

Case Name: **K'nAPP v. Tilton**, et al.; Case No.: **CV 08-0719 JVS (PR)**

I, Eric K'nAPP, "Plaintiff" in the above-titled action, declare under penalty of perjury that by doing the following in accordance with the Prison Mailbox Rule I mailed the accompanying document titled:

> NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS.

1. I put the original of the above document inside an envelope addressed to the following defendant named in the above civil action:

    CC-II Eloy Medina, Appeals Coordinator
    c/o Ms. E. Donnelly, Litigation Coordinator
    Salinas Valley State Prison
    Post Office Box 1020
    Soledad, California 93960

2. I presented the above-addressed envelope to a Salinas Valley State Prison correctional officer, who took possession thereof for processing in accordance with prison mail procedures.

Executed this 3rd day of April, 2008, at Soledad, California.

_____
ERIC CHARLES RODNEY K'nAPP

## DECLARATION OF MAILING

Case Name: **K'nAPP v. Tilton,** et al.; Case No.: **CV 08-0719 JVS (PR)**

I, Eric K'nAPP, "Plaintiff" in the above-titled action, declare under penalty of perjury that by doing the following in accordance with the Prison Mailbox Rule I mailed the accompanying document titled:

NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS.

1. I put the original of the above document inside an envelope addressed to the following defendant named in the above civil action:

CC-II T. VARIZ, Appeals Coordinator
c/o Ms. E. Donnelly, Litigation Coordinator
Salinas Valley State Prison
Post Office Box 1020
Soledad, California 93960

2. I presented the above-addressed envelope to a Salinas Valley State Prison correctional officer, who took possession thereof for processing in accordance with prison mail procedures.

Executed this $8^{rd}$ day of April, 2008, at Soledad, California.

ERIC CHARLES RODNEY K'nAPP

## DECLARATION OF MAILING

Case Name: **K'nAPP v. Tilton, et al.**;  Case No.: **CV 08-0719 JSW (PR)**

I, Eric K'nAPP, "Plaintiff" in the above-titled action, declare under penalty of perjury that by doing the following in accordance with the Prison Mailbox Rule I mailed the accompanying document titled:

NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS:

1. I put the original of the above document inside an envelope addressed to the following defendant named in the above civil action:

        Mr. R. GROUNDS, Associate Warden
        Salinas Valley State Prison
   Thru: Ms. N. DONNELLY, Litigation Coordinator
        Post Office Box 1020
        Soledad, California 93960-1020

2. I presented the above-addressed envelope to a Salinas Valley State Prison correctional officer, who took possession thereof for processing in accordance with prison mail procedures.

Executed this 22nd day of June, 2008, at Soledad, California.

ERIC CHARLES RODNEY K'nAPP

DECLARATION OF MAILING

Case Name: **K'nAPP v. Tilton, et al.**;  Case No.: **CV 08-0719 JSW (PR)**

I, Eric K'nAPP, "Plaintiff" in the above-titled action, declare under penalty of perjury that by doing the following in accordance with the Prison Mailbox Rule I mailed the accompanying document titled:

> NOTICE OF LAWSUIT AND REQUEST
> FOR WAIVER OF SERVICE OF
> SUMMONS:

1. I put the original of the above document inside an envelope addressed to the following defendant named in the above civil action:

      Mr. E.B. JONES, Captain/Coordinator (ADA)
      Salinas Valley State Prison
Thru: Ms. N. DONNELLY, Litigation Coordinator
      Post Office Box 1020
      Soledad, California 93960-1020

2. I presented the above-addressed envelope to a Salinas Valley State Prison correctional officer, who took possession thereof for processing in accordance with prison mail procedures.

Executed this 22nd day of June, 2008, at Soledad, California.

ERIC CHARLES RODNEY K'nAPP

FILED

FEB 0 1 2008

CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
PHILLIP McCOUN   DEPUTY

1    SUPERIOR COURT OF CALIFORNIA

2    COUNTY OF MONTEREY

3

4    In re ·                                    )    Case No.: HC 5577
                                                )    ORDER
5          Eric K'Napp                          )    Received 2/27/08
                                                )
6                 On Habeas Corpus.             )    ε.l/p

7

8          Petitioner filed a petition for writ of habeas corpus.

9          Petitioner is incarcerated at Salinas Valley State Prison (SVSP) in Soledad.

10         Petitioner seeks a copy of the CDCR120 (Records of Inmate's Visits) with Petitioner's

11   visitors' personal and confidential information redacted. Petitioner is seeking this document in

12   connection with his pending litigation. Petitioner claims that the memorandum dated August 23,

13   2006 (see First Level Response) and a copy of the named individuals listed on his CDCR120

14   (see Second Level Response) provided by SVSP officials are insufficient.

15         On June 19, 2007, the court requested an informal response from the Attorney General's

16   Office (Respondent). On July 23, 2007, Respondent filed an informal response. On August 6,

17   2007, Petitioner filed a reply. On September 5, 2007, the court issued an order to show cause.

18   On September 26, 2007, Respondent filed a return. On October 25, 2007, Petitioner filed a

19   denial.

20         On November 21, 2007, the court denied the petition *to the extent Petitioner requested*

21   *relief on behalf of other inmates*. The court denied Petitioner's request for relief under Code of

22   Civil Procedure section 1085. (See Court's Order of November 21, 2007.)

23         On November 21, 2007, the court ordered Respondent to file a supplemental informal

24   response.

25

1

1    On December 20, 2007, Respondent filed a supplemental informal response. To date,

2    Petitioner has not filed a supplemental reply.

3    The court finds that Petitioner's claim is moot. Respondent states that Petitioner received

4    a good, quality copy of his visitor information card on September 26, 2007 and on November 30,

5    2007. (See Supplemental Informal Response.) Respondent has also attached another copy of

6    Petitioner's visitor information card to the supplemental informal response. (See Exhibit A

7    attached to Supplemental Informal Response.)

8    Petitioner's request for declaratory and injunctive relief is moot. The prison's visiting

9    department is now providing visitor information cards with the confidential information redacted

10    to all inmates, including Petitioner. (See Declaration of Sergeant Lyle Watson.)

11    The petition is dismissed as moot.

12    IT IS SO ORDERED.

13    Dated:  02-01-08

14

15                    Hon. Stephen A. Sillman
                       Judge of the Superior Court
16

17

18

19

20

21

22

23

24

25

2

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  AMANDA J. MURRAY, State Bar No. 223829
   Deputy Attorney General
6     455 Golden Gate Avenue, Suite 11000
      San Francisco, CA  94102-7004
7     Telephone: (415) 703-5741
      Fax: (415) 703-5843
8
   Attorneys for Respondent
9  SF2007200480

10

11              SUPERIOR COURT OF CALIFORNIA

12                 COUNTY OF MONTEREY

13                   SALINAS DIVISION

14

15  In re                         NO. HC 5577

16     ERIC K'NAPP,               DECLARATION OF LYLE
                                   WATSON IN SUPPORT OF
17                    Petitioner,  INFORMAL RESPONSE

18  On Habeas Corpus.             Judge:    The Honorable Stephen
                                             A. Sillman
19

20       I, Lyle Watson, declare as follows:

21       1.   I am employed by the California Department of Corrections and Rehabilitation

22  (CDCR) as a Visiting Sergeant in the Salinas Valley State Prison's Visiting Department.   I have

23  been employed by CDCR for 5 years and have served in my current post for 2  months.

24       2.   I am familiar with the Salinas Valley State Prison Visiting Department's rules,

25  regulations, and procedures, including the prison's policy regarding inmate access to CDC Form

26  120 cards. I am also familiar with Title 15 of the California Code of Regulations, particularly

27  with the sections concerning inmate access to confidential information.

28       3.   CDC Form 120 cards contain information regarding an inmate's visitors and includes

                                1

Decl. of Lyle Watson

1  confidential visitor information, such as the visitor's address, driver's license number, and date
2  of birth.

3      4.    In the past, the Visiting Department has not provided inmates with a copy of their CDC
4  Form 120 card because it contains confidential visitor information. (Ex. A, Memorandum to
5  Inmate K'napp, dated April, 17, 2006.) Instead, the Visiting Department gave the inmate a form
6  to assist him in obtaining non-confidential visitor information located on the CDC Form 120
7  card.

8      5.    However, the Visiting Department has recently changed its practice. After an initial
9  request is made by an inmate for non-confidential visitor information located on his CDC Form
10 120 card, the Visiting Department still provides him with the form as described in paragraph 4.
11 If the information in response to the inmate's request is insufficient and the inmate makes a
12 second request, the Visiting Department will provide a copy of the inmate's CDC Form 120 card
13 with the confidential information redacted (i.e., blacked out). (Ex. A.)

14      I declare under penalty of perjury that the foregoing is true and correct of my own
15 knowledge, and if called to do so I could and would competently testify to the matters set forth
16 herein.

17      Executed on December _13_, 2007, at _Soledad_, California..

18
19
20                                   Sergeant Lyle Watson
21
22
23
24
25
26
27
28

                        2

FILED

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MONTEREY

MAY 0 5 2008

CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
_____ DEPUTY

1

2

3

4  In re

5      Eric K'Napp

6          On Habeas Corpus.

7

)  Case No.: HC 5790
)
)  ORDER
)
)
)

Received 5/8/08
E. M.

8      On Dec. 14, 2007, the court issued and order to show cause on petitioner's claim that

9  Salinas Valley State Prison officials failed to ensure the Facility B visiting room was in

10  compliance with California Department of Corrections and Rehabilitation Operations Manual

11  sections 54020.4 (maintain visiting regulations and policies), 54020.15 (provide visitors with

12  notebook papers and pencils upon request) and 50430.7.1 (make available current vendor

13  catalogs and order forms).

14      On April 17, 2007, petitioner's administrative appeal was granted in part at the Director's

15  Level of Review. That decision directed SVSP prison officials to comply with DOM sections

16  54020.15 and 50430.7.1., as well as provide a means for pencils to be sharpened.

17      On Jan. 18, 2008, respondent filed a return claiming the issue was moot because the

18  DOM provisions had been complied with. In support of this contention, respondent filed the

19  declaration of Sgt. L. Watson of Jan. 11, 2008, asserting that scratch paper, pencils and pencil

20  sharpeners were available upon request of inmates or visitors (Ex. A, ¶3), visiting policies and

21  regulations were available in the visiting rooms and the visitor processing center (*Id.* at ¶4), and

22  that Facility B visiting rooms have current vendor catalogs. (*Id.* at ¶5).

23      On April 7, 2007, petition filed a denial, contending no such compliance has occurred.

24  Petitioner filed a declaration asserting the three DOM provisions have not been complied with,

25



1  which was signed by many prisoners on Facility B at SVSP who were visited between November
2  2007 and March 2008.

3       A high number of prisoners have attested to the fact the SVSP Facility B visiting room is
4  not in compliance with the aforementioned DOMs, and many signed the declaration at least two
5  months after Sgt. Watson signed a declaration asserting otherwise. In light of the evidence of
6  non-compliance outweighing the evidence of alleged compliance, the court finds no factual
7  dispute warranting an evidentiary hearing and grants the petition. The remedy is, as CDCR
8  officials have previously ordered, that SVSP prison officials comply with the mandatory DOM
9  provisions and provide the following for the Facility B visiting room: copies of the prison's
10  visiting policies and regulations upon request; proper 8 ½ inch by 11 inch notebook paper upon
11  request; and current vendor catalogs and order forms.

12

13       IT IS SO ORDERED.

14  Dated:  5/5/08

15

16                                    Hon. Lydia Villareal
                                      Judge of the Superior Court
17

18

19

20

21

22

23

24

25

2

Eric C.R. K'nAPP (#J10618)
B4-208 (Low), S.V.S.P.

M E M O R A N D U M

Confidential Correspondence

Date  :  May 18, 2008

To    :  Mr. M.S. Evans, Warden
         Salinas Valley State Prison

Subject:  NONCOMPLIANCE WITH COURT ORDER

As of my most recent visit on 5/18/08, the Facility "B" visitation room is still
out of compliance with not only CDCr D.O.M. §§ 54020.4, 54020.15, and 54030.7.1
but also the accompanying order of the California Superior Court dated 5/5/08 in
the Monterey County case of In re K'nAPP, On Habeas Corpus, No. HC 5790.

More specifically, a Facility "B" visitation officer named GOODELL told me and
my visitor on 5/18/08 that he did not have an available copy of D.O.M. Article
42 (i.e., D.O.M. § 54020 et seq.), 8½" x 11" writing paper was not provided, nor
were any current vendor catalogs or order forms present.

Accordingly, rather than initiate civil contempt proceedings on a possibly
mistaken presumption that Salinas Valley State Prison's failure to comply with
the accompanying court order nearly two weeks after it was issued has somehow
been caused or allowed by you, I have elected to instead notify you of the above
continuing circumstances within the Facility "B" visitation room through only
this memo as yet another courteous demonstration of my respectful efforts to
always have problem issues satisfactorily addressed and resolved at the lowest
possible level(s) as well as through the least formal means necessary.

Sincerely,

Eric C.R. K'nAPP (#J10618)
B4-208 (Low), S.V.S.P.
Post Office Box 1050
Soledad, CA 93960

June 3, 2008

Amanda Murray, Deputy A.G.
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102

    Re: Continuing Noncompliance with Order of the Court
       In re Eric K'nAPP, On Habeas Corpus
       Case No. HC 5790, Monterey County Superior Court

Dear Ms. Murray:

On 5/6/08, the above Court in the above case sent you its 5/5/08 order "that SVSP prison officials comply with the mandatory DOM provisions [i.e., §§ 54020.4, 54020.15, 54030.7.1] and provide the following for the Facility B visiting room: **copies** of the prison's visiting policies and regulations upon request [i.e., Title 15 of the California Code of Regulations (15CCR), Article 42 (§ 54020 et seq.) of the CDCr's Department Operations Manual, and SVSP's operational procedure(s) relating to visitation]; **proper** $8\frac{1}{2}$ inch by 11 inch **notebook** paper upon request; and **current** vendor catalogs **and** order forms." (See, Order at page 2.)

On 5/18/08, I had to inform the SVSP warden in writing that the Facility B visitation room was not in compliance with the Court's order and mandatory DOM provisions as of my most recent visit on that very date. (See attached memo dated 5/18/08.)

Now I must report to you the following **further** failure/refusal of SVSP staff to obey either the Court's 5/5/08 order or the mandatory DOM provisions referenced therein as of my two most recent visits on 5/31/08 and 6/1/08:

1. A Facility B visitation guard told my mom and me the following:

    (a) that a copy of DOM Article 42 (see attached) is still not available for us to look at together while visiting;

    (b) that he will **not** – under **any** circumstances **whatsoever** – issue out $8\frac{1}{2}$" x 11" **notebook** or other paper **irrespective** of DOM § 54020.15 and **even though** his willful refusal to do so violates the Court's order; and

    (c) that we could **not** sit down at our table and read through the 15CCR he **very grudgingly** provided, but rather that we had to look at while standing in front of him at his raised podium so he could see and hear what we were discussing.

2. In addition to the Facility B visitation room **not** having even one available copy of the CDCr's most authoritative and detailed visitation regulations – i.e., those contained within the attached DOM Article 42 – the Facility B visitation room had just one copy each of a 15CCR and SVSP's subordinate operational procedure which staff kept out of sight in a drawer so potentially interested parties were unable to notice their availability and thereby feel free to request access thereto. (Even I felt too intimidated to request to look at the available operational procedure after the palpable tension and seeming hostility my mom and I felt from the glaring officer while standing in front of him at his podium looking through and discussing a particular section of the 15CCR.)

June  3 , 2008
D.A.G. Murray
Page Two

3. The Facility B visitation room finally did have just **some** of the CDCr's approved vendors' catalogs and order forms, but not only were they stacked on top of a supply locker that is known to be **off limits** to everyone but visitation staff and the assigned inmate worker, but also they were nearly a year old and thus **not** the most "current" of **all** approved vendors as mandated by DOM § 54030.7.1 and the Court's order.

Accordingly, in the interest of now making it become unnecessary for me to initiate contempt proceedings against the SVSP warden pursuant to and in accordance with Cal. Code of Civ. P. §§ 717.010 and 1209 et seq., please do what you can to help ensure that SVSP officials fully comply with the Court's order of 5/5/08 by doing at least the very reasonable following to my satisfaction by no later than 7/4/08:

1. Post a complete copy of the Court's 5/5/08 order on or near the bulletin board in the Facility B visitation room.

2. Post a complete copy of the attached or, if updated, more current DOM Article 42 on or near the bulletin board in the Facility B visitation room.

3. Keep at least three copies each of 15CCR, DOM Article 42, and SVSP's relevant operational procedure(s) openly displayed in the Facility B visitation room on **top** of the officer's podium **next** to where the pencils and scratch paper are currently being made available to/for interested parties.

4. Allow interested parties in the Facility B visitation room to read and discuss 15CCR and subordinate operational procedure(s) of SVSP while sitting down at their tables rather than requiring them to do so only while standing at the officer's podium.

5. Provide **proper** 8½" x 11" "notebook paper" **upon request only** but always make scratch paper readily available for game scores and other trivialities.

6. Maintain at least **three** copies of the **most current** catalogs, and at least **twenty** copies of the **most current** order forms for **each** of the CDCr's following approved package vendors: Access SecurePak; D&D Enterprises; EZEE Paks; Jack L. Marcus Company; Jenny Quarterly Package Service; JPay U.S. Care Package; MgM packages; Packages R' Us; Union Supply Direct; The Vitamin Outlet; and Walkenhorst's.

7. Keep all vendor catalogs and order forms openly displayed in the Facility B visitation room **on top of** the officer's podium right **next to** where the pencils, scratch paper, and copies of 15CCR, DOM Article 42, and SVSP's subordinate operational procedure(s) are made available to/for all interested parties.

Sincerely,

*Eric K'nApp* [signature]

ERIC C.R. K'nAPP

Attachments

cc: Mr. M.S. Evans, Warden            Ms. Katera E. Rutledge, Esq.
    Salinas Valley State Prison

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

| | |
|---|---|
| **FROM:** B4-208L | **TO:** D1-207L |

DISTRIBUTION:
WHITE · CENTRAL FILE          CANARY · WARDEN
BLUE · INMATE (2ND COPY)      PINK · HEALTH CARE MGR
GREEN · ASU                   GOLDENROD · INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| KNAPP | J-10618 |

## REASON(S) FOR PLACEMENT *(PART A)*

☐ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☒ ENDANGERS INSTITUTION SECURITY          ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
Inmate KNAPP, J-10618, on 06/14/08, you are being placed in Ad/Seg due to "Possible Safety Concerns." Specifically, on this date, information was received from confidential sources indicating you would be targeted for assault by unknown inmates. Based on this your presence within the Facility B-SNY Population is deemed a threat to your safety and the security of the institution. You are currently designated Single Cell Status and will remain as such in Ad/Seg. You will remain in Ad/Seg pending the completion of an investigation by Sergeant K. Johnson and ICC review of your future program/housing requirements. This placement will affect your Custody Level, Credit Earning, Privilege Group and Visiting Status. Your placement is ordered by Lt. R. Parin.
Inmate KNAPP is a participant in the Mental Health Services Delivery System at the CCMS level of care.

☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) ☒ IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: 6-14/2008

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 06/14/08 | R. PARIN | | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 06/14/08 | 1130 | S. Aranda | | C/O |

☐ INMATE REFUSED TO SIGN      INMATE SIGNATURE          CDC NUMBER  J-10618

## ADMINISTRATIVE REVIEW *(PART B)*

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | INVESTIGATIVE EMPLOYEE (IE) |
|---|---|

| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|---|---|
| A Sigler | | | |

**IS THIS INMATE:**

| | | |
|---|---|---|
| LITERATE? | ☒ YES ☐ NO | EVIDENCE COLLECTION BY IE UNNECESSARY | ☐ YES ☒ NO |
| FLUENT IN ENGLISH? | ☒ YES ☐ NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☐ YES ☒ NO |
| ABLE TO COMPREHEND ISSUES? | ☒ YES ☐ NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ YES ☒ NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☐ YES ☒ NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ YES |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | |

Any "NO" requires SA assignment          Any "NO" may require IE assignment

☐ NOT ASSIGNED          ☐ NOT ASSIGNED

## INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER          ☒ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

☐ NO WITNESSES REQUESTED BY INMATE          INMATE SIGNATURE          DATE 6/16/08

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

**DECISION:** ☐ RELEASE TO UNIT/FACILITY _____ ☒ RETAIN PENDING ICC REVIEW ☐ DOUBLE CELL ☒ SINGLE CELL PENDING ICC

REASON FOR DECISION: Retain in ASU due to Safety & Security
X Cell.

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| AMD S | A# (A) | 6/16/08 | 1346 | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | |

STATE OF CALIFORNIA
**INMATE PROPERTY INVENTORY**
DEPARTMENT OF CORRECTIONS
CDC 1083 (Rev 2/00)

| INMATES NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| Knapp | J-16618 | A-1A | S.U.S.P. | 6-14-08 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Heron | c/o | Security Concerns | 1 |

## CANTEEN ITEMS

| | |
|---|---|
| ☐ Cereal | ☐ Cheese |
| ☐ Cocoa | ☐ Cookies |
| ☐ Crackers | ☐ Creamer |
| ☐ Dry Meat | ☐ Dry Drink Mix |
| ☐ Health Food | ☐ Protein Supplement |
| ☒ Vitamins | ☐ Soup |
| ☐ Nuts | ☐ Sugar Cubes |
| ☐ Tea | ☒ Instant Coffee |
| ☐ Soda | ☐ Peanut Butter |
| ☐ Jelly | ☐ Chips |
| ☐ Honey | ☐ Pork Rinds |
| ☐ Hot Sauce | |

### Stationary Items

| | |
|---|---|
| ☐ Envelopes | ☐ Stamps |
| ☐ Stamped Envelopes | ☐ Greeting Cards |
| ☐ Writing Tablets | ☐ Stationary |
| ☐ Pencil Sharpener | ☒ Pens |
| ☐ Writing Paper | ☒ Pencils |

### Hygiene Items

| | |
|---|---|
| ☒ Razor | ☐ Tweezers |
| ☒ Shaving Cream | ☐ After Shave |
| ☒ Nail Clippers | ☐ Nail Polish |
| ☒ Soap | ☒ Soap Dish |
| ☒ Toothpaste | ☐ Mouthwash |
| ☐ Baby Powder | ☒ Talc |
| ☒ Shampoo | ☒ Conditioner |
| ☒ Hair Grease/Gel | ☒ Deodorant |
| ☐ Perm Kit | ☒ Mirror |
| ☐ Nail Polish | ☐ Foundation |
| ☐ Makeup Ball | ☐ Blush |
| ☐ Mascara | ☒ Other: Q Tips |

### Tobacco Items

| | |
|---|---|
| ☐ Pipe Tobacco | ☐ Chewing Tobacco |
| ☐ Other Tobacco | ☐ Cigarette Lighter |
| ☐ Tobacco Pouch | ☐ Cigarette Case |
| ☐ Cigarette Roller | ☐ Smoking Pipe |

### Other Items

| | |
|---|---|
| ☐ Immersion Heater | ☐ Tumbler |
| ☒ Bowl | ☒ Can Opener |
| ☐ Shoe Polish | ☐ Extension Cord |
| ☐ Batteries | Size: _____ |

## PERSONAL ITEMS

| | |
|---|---|
| ☐ Photo Albums | ☐ Photos |
| ☐ Cassette Tapes | ☐ CDs |
| ☐ Religious Medallion | ☐ Ring G S |
| ☐ Chain G S | ☐ Earrings G S |
| ☒ Watch G S | ☐ Wallet |
| ☐ Prescription Glasses | ☒ Sunglasses |
| ☐ Handkerchief | ☒ Wash Cloth |
| ☐ Magazines | ☐ Books |
| ☐ Address Book | ☒ Calendar |
| ☐ Shoe Horn | ☐ Shaving Bag |
| ☐ Brush | ☒ Comb |
| ☐ Cosmetic Bag | ☐ Perm Rods |

### Clothing Items

| | |
|---|---|
| ☐ B/B Hat | ☒ Watch Cap |
| ☐ Head Band | ☐ Gloves |
| ☒ Shower Thongs | ☐ Slippers |
| ☒ Sweat Pants | ☐ Sweat Shirt |
| ☒ Tennis Shoes | ☐ Raincoat |
| ☒ Thermal Top | ☒ Thermal Pants |
| ☐ Bras | ☐ Panties |
| ☒ Gym Shorts | ☐ Athletic Supporter |
| ☐ Slip | |

### Games

| | |
|---|---|
| ☐ Chess | ☐ Checkers |
| ☐ Dominoes | |

### Other

(1) Package of Personal items
(1) Sun Block (1) Lotion (2) Tooth Brushes
(1) Sewing Kit w/needle (1) pair of shoelaces
(2) Spoons (1) Cordless Hair trimmer/w Accessories
(1) Bible (1) calendar (1) pair of yellow Boxing
hand wraps (1) Back supporter (1) Box of Tide
Socks

### Hobby Items

_____
_____
_____
_____
_____
_____

## NON-EXPENDABLE ITEMS

| | |
|---|---|
| ☒ Television | ☐ A/C Adapter |

Operational ☒ Yes  ☐ No

Model: Zenith

SR/N: 4432

| | |
|---|---|
| ☐ CD/Cassette Player | ☐ A/C Adapter |

Operational ☐ Yes  ☐ No

Model: _____

SR/N: _____

| | |
|---|---|
| ☐ Radio | ☐ A/C Adapter |

Operational ☐ Yes  ☐ No

Model: _____

SR/N: _____

| | |
|---|---|
| ☐ Musical Instrument | |

Operational ☐ Yes  ☐ No

Type: _____

Model: _____

SR/N: _____

| | |
|---|---|
| ☒ Typewriter | |

Operational ☒ Yes  ☐ No

Model: Smith Corona  Wordsmith

SR/N: 6494

| | |
|---|---|
| ☐ Fan | |

Model: _____

| | |
|---|---|
| ☐ Lamp | ☐ Electric Shaver |
| ☐ Blow Dryer | ☐ Hair Dryer |
| ☐ Curling Iron | ☐ Hair Rollers |
| ☐ Pressing Comb | ☐ Calculator |

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

_____
_____

| Inmate's Signature Noting Disposition | Date |
|---|---|
| | |

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATES SIGNATURE: _____  DATE: 6/14/08 | INMATE'S SIGNATURE: _____  DATE: _____ |
| RECEIVED IN R&R BY: _____ INSTITUTION _____ DATE _____ | |

STATE OF CALIFORNIA
**INMATE PROPERTY INVENTORY**
CDC 1083 (Rev 2/00)

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| K narpp | J-10618 | A-1A | S.V.S.P. | 6-14-08 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Heamp | C/O | Security Concerns | 2 |

## CANTEEN ITEMS

- ☐ Cereal   ☐ Cheese
- ☐ Cocoa   ☐ Cookies
- ☐ Crackers   ☐ Creamer
- ☐ Dry Meat   ☐ Dry Drink Mix
- ☐ Health Food   ☐ Protein Supplement
- ☐ Vitamins   ☐ Soup
- ☐ Nuts   ☐ Sugar Cubes
- ☐ Tea   ☐ Instant Coffee
- ☐ Soda   ☐ Peanut Butter
- ☐ Jelly   ☐ Chips
- ☐ Honey   ☐ Pork Rinds
- ☐ Hot Sauce

### Stationary Items
- ☐ Envelopes   ☐ Stamps
- ☐ Stamped Envelopes   ☐ Greeting Cards
- ☐ Writing Tablets   ☐ Stationary
- ☐ Pencil Sharpener   ☐ Pens
- ☐ Writing Paper   ☐ Pencils

### Hygiene Items
- ☐ Razor   ☐ Tweezers
- ☐ Shaving Cream   ☐ After Shave
- ☐ Nail Clippers   ☐ Nail Polish
- ☐ Soap   ☐ Soap Dish
- ☐ Toothpaste   ☐ Mouthwash
- ☐ Baby Powder   ☐ Talc
- ☐ Shampoo   ☐ Conditioner
- ☐ Hair Grease/Gel   ☐ Deodorant
- ☐ Perm Kit   ☐ Mirror
- ☐ Nail Polish   ☐ Foundation
- ☐ Makeup Ball   ☐ Blush
- ☐ Mascara   ☐ Other: _____

### Tobacco Items
- ☐ Pipe Tobacco   ☐ Chewing Tobacco
- ☐ Other Tobacco   ☐ Cigarette Lighter
- ☐ Tobacco Pouch   ☐ Cigarette Case
- ☐ Cigarette Roller   ☐ Smoking Pipe

### Other Items
- ☐ Immersion Heater   ☐ Tumbler
- ☐ Bowl   ☐ Can Opener
- ☐ Shoe Polish   ☐ Extension Cord
- ☐ Batteries   Size: _____

## PERSONAL ITEMS

- ☐ Photo Albums   ☐ Photos
- ☐ Cassette Tapes   ☐ CDs
- ☐ Religious Medallion   ☐ Ring G S
- ☐ Chain G S   ☐ Earrings G S
- ☐ Watch G S   ☐ Wallet
- ☐ Prescription Glasses   ☐ Sunglasses
- ☐ Handkerchief   ☐ Wash Cloth
- ☐ Magazines   ☐ Books
- ☐ Address Book   ☐ Calendar
- ☐ Shoe Horn   ☐ Shaving Bag
- ☐ Brush   ☐ Comb
- ☐ Cosmetic Bag   ☐ Perm Rods

### Clothing Items
- ☐ B/B Hat   ☐ Watch Cap
- ☐ Head Band   ☐ Gloves
- ☐ Shower Thongs   ☐ Slippers
- ☐ Sweat Pants   ☐ Sweat Shirt
- ☐ Tennis Shoes   ☐ Raincoat
- ☐ Thermal Top   ☐ Thermal Pants
- ☐ Bras   ☐ Panties
- ☐ Gym Shorts   ☐ Athletic Supporter
- ☐ Slip

### Games
- ☐ Chess   ☐ Checkers
- ☐ Dominoes

### Other
(1) Box of Legal work
_____
_____
_____

### Hobby Items
_____
_____
_____
_____
_____
_____

## NON-EXPENDABLE ITEMS

- ☐ Television   ☐ A/C Adapter
- Operational   ☐ Yes   ☐ No
- Model:_____
- SR/N:_____

- ☐ CD/Cassette Player   ☐ A/C Adapter
- Operational   ☐ Yes   ☐ No
- Model:_____
- SR/N:_____

- ☐ Radio   ☐ A/C Adapter
- Operational   ☐ Yes   ☐ No
- Model:_____
- SR/N:_____

- ☐ Musical Instrument
- Operational   ☐ Yes   ☐ No
- Type:_____
- Model:_____
- SR/N:_____

- ☐ Typewriter
- Operational   ☐ Yes   ☐ No
- Model:_____
- SR/N:_____

- ☐ Fan
- Model:_____

- ☐ Lamp   ☐ Electric Shaver
- ☐ Blow Dryer   ☐ Hair Dryer
- ☐ Curling Iron   ☐ Hair Rollers
- ☐ Pressing Comb   ☐ Calculator

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:
_____
_____

| Inmate's Signature Noting Disposition | Date |
|---|---|
| | |

---

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATE'S SIGNATURE: _____   DATE: 6/14/08 | INMATE'S SIGNATURE: _____   DATE: |
| RECEIVED IN R&R BY: _____   INSTITUTION _____   DATE | |

STATE OF CALIFORNIA
**INMATE PROPERTY INVENTORY**
CDC 1083 (Rev 2/00)

DEPARTMENT OF CORRECTIONS

| INMATES NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| N.H PP | J - 10618 | A - 1 A | S. U. S. P. | 6 - 14 - 08 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Hernal | C/O | Security Concerns | 3 |

## CANTEEN ITEMS

| | |
|---|---|
| ☐ Cereal | ☐ Cheese |
| ☐ Cocoa | ☐ Cookies |
| ☐ Crackers | ☐ Creamer |
| ☐ Dry Meat | ☐ Dry Drink Mix |
| ☐ Health Food | ☐ Protein Supplement |
| ☐ Vitamins | ☐ Soup |
| ☐ Nuts | ☐ Sugar Cubes |
| ☐ Tea | ☐ Instant Coffee |
| ☐ Soda | ☐ Peanut Butter |
| ☐ Jelly | ☐ Chips |
| ☐ Honey | ☐ Pork Rinds |
| ☐ Hot Sauce | |

### Stationary Items

| | |
|---|---|
| ☐ Envelopes | ☐ Stamps |
| ☐ Stamped Envelopes | ☐ Greeting Cards |
| ☐ Writing Tablets | ☐ Stationary |
| ☐ Pencil Sharpener | ☐ Pens |
| ☐ Writing Paper | ☐ Pencils |

### Hygiene Items

| | |
|---|---|
| ☐ Razor | ☐ Tweezers |
| ☐ Shaving Cream | ☐ After Shave |
| ☐ Nail Clippers | ☐ Nail Polish |
| ☐ Soap | ☐ Soap Dish |
| ☐ Toothpaste | ☐ Mouthwash |
| ☐ Baby Powder | ☐ Talc |
| ☐ Shampoo | ☐ Conditioner |
| ☐ Hair Grease/Gel | ☐ Deodorant |
| ☐ Perm Kit | ☐ Mirror |
| ☐ Nail Polish | ☐ Foundation |
| ☐ Makeup Ball | ☐ Blush |
| ☐ Mascara | ☐ Other: _____ |

### Tobacco Items

| | |
|---|---|
| ☐ Pipe Tobacco | ☐ Chewing Tobacco |
| ☐ Other Tobacco | ☐ Cigarette Lighter |
| ☐ Tobacco Pouch | ☐ Cigarette Case |
| ☐ Cigarette Roller | ☐ Smoking Pipe |

### Other Items

| | |
|---|---|
| ☐ Immersion Heater | ☐ Tumbler |
| ☐ Bowl | ☐ Can Opener |
| ☐ Shoe Polish | ☐ Extension Cord |
| ☐ Batteries | Size: _____ |

## PERSONAL ITEMS

| | |
|---|---|
| ☐ Photo Albums | ☐ Photos |
| ☐ Cassette Tapes | ☐ CDs |
| ☐ Religious Medallion | ☐ Ring G S |
| ☐ Chain G S | ☐ Earrings G S |
| ☐ Watch G S | ☐ Wallet |
| ☐ Prescription Glasses | ☐ Sunglasses |
| ☐ Handkerchief | ☐ Wash Cloth |
| ☐ Magazines | ☐ Books |
| ☐ Address Book | ☐ Calendar |
| ☐ Shoe Horn | ☐ Shaving Bag |
| ☐ Brush | ☐ Comb |
| ☐ Cosmetic Bag | ☐ Perm Rods |

### Clothing Items

| | |
|---|---|
| ☐ B/B Hat | ☐ Watch Cap |
| ☐ Head Band | ☐ Gloves |
| ☐ Shower Thongs | ☐ Slippers |
| ☐ Sweat Pants | ☐ Sweat Shirt |
| ☐ Tennis Shoes | ☐ Raincoat |
| ☐ Thermal Top | ☐ Thermal Pants |
| ☐ Bras | ☐ Panties |
| ☐ Gym Shorts | ☐ Athletic Supporter |
| ☐ Slip | |

### Games

| | |
|---|---|
| ☐ Chess | ☐ Checkers |
| ☐ Dominoes | |

### Other

(1) Box of legal work
_____
_____
_____

### Hobby Items

_____
_____
_____
_____
_____
_____

## NON-EXPENDABLE ITEMS

☐ Television    ☐ A/C Adapter

Operational    ☐ Yes    ☐ No

Model: _____

SR/N: _____

☐ CD/Cassette Player    ☐ A/C Adapter

Operational    ☐ Yes    ☐ No

Model: _____

SR/N: _____

☐ Radio    ☐ A/C Adapter

Operational    ☐ Yes    ☐ No

Model: _____

SR/N: _____

☐ Musical Instrument

Operational    ☐ Yes    ☐ No

Type: _____

Model: _____

SR/N: _____

☐ Typewriter

Operational    ☐ Yes    ☐ No

Model: _____

SR/N: _____

☐ Fan

Model: _____

| | |
|---|---|
| ☐ Lamp | ☐ Electric Shaver |
| ☐ Blow Dryer | ☐ Hair Dryer |
| ☐ Curling Iron | ☐ Hair Rollers |
| ☐ Pressing Comb | ☐ Calculator |

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

_____
_____
_____

| Inmate's Signature Noting Disposition | Date |
|---|---|

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATES SIGNATURE: _____    DATE: 6/14/08 | INMATES SIGNATURE: _____    DATE: |
| RECEIVED IN R&R BY: _____ | INSTITUTION _____    DATE _____ | |

STATE OF CALIFORNIA
**INMATE PROPERTY INVENTORY**
CDC 1083 (Rev 2/00)

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| K'NIPP | J-10618 | A-1A | S.V.S.P. | 6-14-08 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Henry | C/O | Security Concerns | 4 |

| CANTEEN ITEMS | | | | PERSONAL ITEMS | | | | NON-EXPENDABLE ITEMS |
|---|---|---|---|---|---|---|---|---|

### CANTEEN ITEMS

- ☐ Cereal
- ☐ Cheese
- ☐ Cocoa
- ☐ Cookies
- ☐ Crackers
- ☐ Creamer
- ☐ Dry Meat
- ☐ Dry Drink Mix
- ☐ Health Food
- ☐ Protein Supplement
- ☐ Vitamins
- ☐ Soup
- ☐ Nuts
- ☐ Sugar Cubes
- ☐ Tea
- ☐ Instant Coffee
- ☐ Soda
- ☐ Peanut Butter
- ☐ Jelly
- ☐ Chips
- ☐ Honey
- ☐ Pork Rinds
- ☐ Hot Sauce

**Stationary Items**
- ☐ Envelopes
- ☐ Stamps
- ☐ Stamped Envelopes
- ☐ Greeting Cards
- ☐ Writing Tablets
- ☐ Stationary
- ☐ Pencil Sharpener
- ☐ Pens
- ☐ Writing Paper
- ☐ Pencils

**Hygiene Items**
- ☐ Razor
- ☐ Tweezers
- ☐ Shaving Cream
- ☐ After Shave
- ☐ Nail Clippers
- ☐ Nail Polish
- ☐ Soap
- ☐ Soap Dish
- ☐ Toothpaste
- ☐ Mouthwash
- ☐ Baby Powder
- ☐ Talc
- ☐ Shampoo
- ☐ Conditioner
- ☐ Hair Grease/Gel
- ☐ Deodorant
- ☐ Perm Kit
- ☐ Mirror
- ☐ Nail Polish
- ☐ Foundation
- ☐ Makeup Ball
- ☐ Blush
- ☐ Mascara
- ☐ Other: _____

**Tobacco Items**
- ☐ Pipe Tobacco
- ☐ Chewing Tobacco
- ☐ Other Tobacco
- ☐ Cigarette Lighter
- ☐ Tobacco Pouch
- ☐ Cigarette Case
- ☐ Cigarette Roller
- ☐ Smoking Pipe

**Other Items**
- ☐ Immersion Heater
- ☐ Tumbler
- ☐ Bowl
- ☐ Can Opener
- ☐ Shoe Polish
- ☐ Extension Cord
- ☐ Batteries   Size: _____

### PERSONAL ITEMS

- ☐ Photo Albums
- ☐ Photos
- ☐ Cassette Tapes
- ☐ CDs
- ☐ Religious Medallion
- ☐ Ring G S
- ☐ Chain G S
- ☐ Earrings G S
- ☐ Watch G S
- ☐ Wallet
- ☐ Prescription Glasses
- ☐ Sunglasses
- ☐ Handkerchief
- ☐ Wash Cloth
- ☐ Magazines
- ☐ Books
- ☐ Address Book
- ☐ Calendar
- ☐ Shoe Horn
- ☐ Shaving Bag
- ☐ Brush
- ☐ Comb
- ☐ Cosmetic Bag
- ☐ Perm Rods

**Clothing Items**
- ☐ B/B Hat
- ☐ Watch Cap
- ☐ Head Band
- ☐ Gloves
- ☐ Shower Thongs
- ☐ Slippers
- ☐ Sweat Pants
- ☐ Sweat Shirt
- ☐ Tennis Shoes
- ☐ Raincoat
- ☐ Thermal Top
- ☐ Thermal Pants
- ☐ Bras
- ☐ Panties
- ☐ Gym Shorts
- ☐ Athletic Supporter
- ☐ Slip

**Games**
- ☐ Chess
- ☐ Checkers
- ☐ Dominoes

**Other**
- (1) Box of Legal Work
- _____
- _____
- _____
- _____

**Hobby Items**
- _____
- _____
- _____
- _____
- _____
- _____
- _____

### NON-EXPENDABLE ITEMS

- ☐ Television   ☐ A/C Adapter
  Operational  ☐ Yes  ☐ No
  Model: _____
  SR/N: _____

- ☐ CD/Cassette Player   ☐ A/C Adapter
  Operational  ☐ Yes  ☐ No
  Model: _____
  SR/N: _____

- ☐ Radio   ☐ A/C Adapter
  Operational  ☐ Yes  ☐ No
  Model: _____
  SR/N: _____

- ☐ Musical Instrument
  Operational  ☐ Yes  ☐ No
  Type: _____
  Model: _____
  SR/N: _____

- ☐ Typewriter
  Operational  ☐ Yes  ☐ No
  Model: _____
  SR/N: _____

- ☐ Fan
  Model: _____

- ☐ Lamp   ☐ Electric Shaver
- ☐ Blow Dryer   ☐ Hair Dryer
- ☐ Curling Iron   ☐ Hair Rollers
- ☐ Pressing Comb   ☐ Calculator

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

_____
_____
_____

| Inmate's Signature Noting Disposition | Date |
|---|---|

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATE'S SIGNATURE: _____   DATE: 6/14/08 | INMATE'S SIGNATURE: _____   DATE: |
| RECEIVED IN R&R BY: _____   INSTITUTION _____   DATE _____ | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**INMATE PROPERTY INVENTORY**
CDC 1083 (Rev 2/00)

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| Ramlpp | J-10648 | A-1 A | S.V.S.P | 6-14-05 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Hebno | C/o | Security Concerns | 5 |

## CANTEEN ITEMS

- ☐ Cereal
- ☐ Cheese
- ☐ Cocoa
- ☐ Cookies
- ☐ Crackers
- ☐ Creamer
- ☐ Dry Meat
- ☐ Dry Drink Mix
- ☐ Health Food
- ☐ Protein Supplement
- ☐ Vitamins
- ☐ Soup
- ☐ Nuts
- ☐ Sugar Cubes
- ☐ Tea
- ☐ Instant Coffee
- ☐ Soda
- ☐ Peanut Butter
- ☐ Jelly
- ☐ Chips
- ☐ Honey
- ☐ Pork Rinds
- ☐ Hot Sauce

### Stationary Items

- ☐ Envelopes
- ☐ Stamps
- ☐ Stamped Envelopes
- ☐ Greeting Cards
- ☐ Writing Tablets
- ☐ Stationary
- ☐ Pencil Sharpener
- ☐ Pens
- ☐ Writing Paper
- ☐ Pencils

### Hygiene Items

- ☐ Razor
- ☐ Tweezers
- ☐ Shaving Cream
- ☐ After Shave
- ☐ Nail Clippers
- ☐ Nail Polish
- ☐ Soap
- ☐ Soap Dish
- ☐ Toothpaste
- ☐ Mouthwash
- ☐ Baby Powder
- ☐ Talc
- ☐ Shampoo
- ☐ Conditioner
- ☐ Hair Grease/Gel
- ☐ Deodorant
- ☐ Perm Kit
- ☐ Mirror
- ☐ Nail Polish
- ☐ Foundation
- ☐ Makeup Ball
- ☐ Blush
- ☐ Mascara
- ☐ Other: _____

### Tobacco Items

- ☐ Pipe Tobacco
- ☐ Chewing Tobacco
- ☐ Other Tobacco
- ☐ Cigarette Lighter
- ☐ Tobacco Pouch
- ☐ Cigarette Case
- ☐ Cigarette Roller
- ☐ Smoking Pipe

### Other Items

- ☐ Immersion Heater
- ☐ Tumbler
- ☐ Bowl
- ☐ Can Opener
- ☐ Shoe Polish
- ☐ Extension Cord
- ☐ Batteries   Size: _____

## PERSONAL ITEMS

- ☐ Photo Albums
- ☐ Photos
- ☐ Cassette Tapes
- ☐ CDs
- ☐ Religious Medallion
- ☐ Ring G S
- ☐ Chain G S
- ☐ Earrings G S
- ☐ Watch G S
- ☐ Wallet
- ☐ Prescription Glasses
- ☐ Sunglasses
- ☐ Handkerchief
- ☐ Wash Cloth
- ☐ Magazines
- ☒ Books
- ☐ Address Book
- ☐ Calendar
- ☐ Shoe Horn
- ☐ Shaving Bag
- ☐ Brush
- ☐ Comb
- ☐ Cosmetic Bag
- ☐ Perm Rods

### Clothing Items

- ☐ B/B Hat
- ☐ Watch Cap
- ☐ Head Band
- ☐ Gloves
- ☐ Shower Thongs
- ☐ Slippers
- ☐ Sweat Pants
- ☐ Sweat Shirt
- ☐ Tennis Shoes
- ☐ Raincoat
- ☐ Thermal Top
- ☐ Thermal Pants
- ☐ Bras
- ☐ Panties
- ☐ Gym Shorts
- ☐ Athletic Supporter
- ☐ Slip

### Games

- ☐ Chess
- ☐ Checkers
- ☐ Dominoes

### Other

(1) Box of Legal work
(14) Typewriter Ribbons

PENDING

### Hobby Items

_____
_____
_____
_____
_____

## NON-EXPENDABLE ITEMS

- ☐ Television
- ☐ A/C Adapter

Operational   ☐ Yes   ☐ No

Model: _____

SR/N: _____

- ☐ CD/Cassette Player
- ☐ A/C Adapter

Operational   ☐ Yes   ☐ No

Model: _____

SR/N: _____

- ☐ Radio
- ☐ A/C Adapter

Operational   ☐ Yes   ☐ No

Model: _____

SR/N: _____

- ☐ Musical Instrument

Operational   ☐ Yes   ☐ No

Type: _____

Model: _____

SR/N: _____

- ☐ Typewriter

Operational   ☐ Yes   ☐ No

Model: _____

SR/N: _____

- ☐ Fan

Model: _____

- ☐ Lamp
- ☐ Electric Shaver
- ☐ Blow Dryer
- ☐ Hair Dryer
- ☐ Curling Iron
- ☐ Hair Rollers
- ☐ Pressing Comb
- ☐ Calculator

All nonoperational items shall either be repaired, sent home, or disposed of.  Note disposition of the items below:

_____
_____
_____

| Inmate's Signature Noting Disposition | Date |
|---|---|

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATE'S SIGNATURE:   DATE: 6/14/08 | INMATE'S SIGNATURE:   DATE: |
| RECEIVED IN R&R BY:   INSTITUTION   DATE | |

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

| DISTRIBUTION | |
|---|---|
| WHITE · CENTRAL FILE | CANARY · WARDEN |
| BLUE · INMATE (2ND COPY) | PINK · HEALTH CARE MGR |
| GREEN · ASU | GOLDENROD · INMATE (1ST COPY) |

D1-207

| INMATE'S NAME | CDC NUMBER |
|---|---|
| KNAPP | J-10518 |

## REASON(S) FOR PLACEMENT (PART A)

- [ ] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
- [ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
- [X] ENDANGERS INSTITUTION SECURITY     [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT

Inmate KNAPP, J-10518, you were originally placed into Ad/Seg on 06/14/08, due to "Possible Safety Concerns." The investigation has been completed. However, on 06/20/08, you are being retained in Ad/Seg on Single Cell Status "Pending Transfer". Based on this your presence in the Facility B SNY-General Population is deemed a threat to the safety and security of this institution. You will remain in Ad/Seg pending transfer. This retention will affect your Custody Level, Credit Earning, Privilege Group and Visiting Status. Your retention in Ad/Seg is ordered by Lieutenant D.C. Fletcher.

NOTE: Inmate KNAPP is a participant in the Mental Health Services Delivery System at the CCCMS level of care.

| | | | | |
|---|---|---|---|---|
| [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) | | [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: | | / / |

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 06/20/08 | D.C. Fletcher | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

| [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | | CDC NUMBER |
|---|---|---|---|
| | | | J-10518 |

## ADMINISTRATIVE REVIEW (PART B)

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
| | | | |

IS THIS INMATE:

| | | | |
|---|---|---|---|
| LITERATE? | [ ] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] YES [ ] NO |
| FLUENT IN ENGLISH? | [ ] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] YES [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [ ] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES [ ] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] YES [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | |

| Any "NO" requires SA assignment | | Any "NO" may require IE assignment |
|---|---|---|
| [ ] NOT ASSIGNED | [ ] NOT ASSIGNED | |

## INMATE WAIVERS

- [ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER     [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

| [ ] NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE |
|---|---|---|
| | | |

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____     [ ] RETAIN PENDING ICC REVIEW     [ ] DOUBLE CELL     [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
INMATE PROPERTY INVENTORY
CDC 1083 (Rev. 2/00)

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| Knapp | T-HV-R | | | 2/21/08 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| | C/o | Initial Ad Seg | |

## CANTEEN ITEMS

☐ Cereal  ☐ Cheese
☐ Cocoa  ☐ Cookies
☐ Crackers  ☐ Creamer
☐ Dry Meat  ☐ Dry Drink Mix
☐ Health Food  ☐ Protein Supplement
☐ Vitamins  ☐ Soup
☐ Nuts  ☐ Sugar Cubes
☐ Tea  ☑ Instant Coffee
☐ Soda  ☐ Peanut Butter
☐ Jelly  ☐ Chips
☐ Honey  ☐ Pork Rinds
☐ Hot Sauce

### Stationary Items
☑ Envelopes  ☑ Stamps
☐ Stamped Envelopes  ☑ Greeting Cards
☐ Writing Tablets  ☑ Stationary
☐ Pencil Sharpener  ☑ Pens
☑ Writing Paper  ☑ Pencils

### Hygiene Items
☑ Razor  ☑ Tweezers
☐ Shaving Cream  ☐ After Shave
☐ Nail Clippers  ☐ Nail Polish
☑ Soap  ☐ Soap Dish
☑ Toothpaste  ☐ Mouthwash
☑ Baby Powder  ☐ Talc
☑ Shampoo  ☑ Conditioner
☐ Hair Grease/Gel  ☐ Deodorant
☐ Perm Kit  ☐ Mirror
☐ Nail Polish  ☐ Foundation
☐ Makeup Ball  ☐ Blush
☐ Mascara  ☑ Other Vitamins

### Other Items
☐ Immersion Heater  ☑ Tumbler
☐ Bowl  ☐ Can Opener
☐ Shoe Polish  ☐ Extension Cord
☐ Batteries  Size:

## PERSONAL ITEMS

☐ Photo Albums  ☐ Photos
☐ Cassette Tapes  ☐ Clips
☐ Religious Medallion  ☐ Ring C/S
☐ Chain C/S  ☐ Earrings C/S
☐ Watch C/S  ☐ Wallet
☐ Prescription Glasses  ☐ Sunglasses
☐ Handkerchief  ☑ Wash Cloth
☐ Magazines  ☐ Books
☐ Address Book  ☐ Calendar
☐ Shoe Horn  ☑ Shaving Bag
☐ Brush  ☐ Comb
☐ Cosmetic Bag  ☐ Perm Rods

### Clothing Items
☐ B/B Hat  ☐ Watch Cap
☐ Head Band  ☐ Gloves
☑ Shower Thongs  ☐ Slippers
☐ Sweat Pants  ☐ Sweat Shirt
☐ Tennis Shoes  ☐ Raincoat
☑ Thermal Top  ☐ Thermal Pants
☐ Bras  ☐ Panties
☐ Gym Shorts  ☐ Athletic Supporter
☐ Slip

### Games
☐ Chess  ☐ Checkers
☐ Dominoes

### Other
Dictionary / Title 15
Legal books
Back Braces

### Hobby Items
Legal Material
~ approx. 3 cubic ft.

## NON-EXPENDABLE ITEMS

☑ Televisions  ☐ A/C Adapter
Operational: ☑ Yes  ☐ No
Model: Zenith
SR/N: #6321

☐ CD/Cassette Player  ☐ A/C Adapter
Operational: ☐ Yes  ☐ No
Model:
SR/N:

☐ Radio  ☐ A/C Adapter
Operational: ☐ Yes  ☐ No
Model:
SR/N:

☐ Musical Instruments
Operational: ☐ Yes  ☐ No
Type:
Model:
SR/N:

☐ Typewriter
Operational: ☐ Yes  ☐ No
Model:
SR/N:

☐ Fan
Model:

☐ Lamp  ☐ Electric Shaver
☐ Blow Dryer  ☐ Hair Dryer
☐ Curling Iron  ☐ Hair Rollers
☐ Pressing Comb  ☐ Calculator

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

| Inmate's Signature Noting Disposition | Date |
|---|---|
| | 38 |

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATE'S SIGNATURE:        DATE: | INMATE'S SIGNATURE:        DATE: 06/21/08 |
| RECEIVED IN R&R BY:    INSTITUTION:    DATE: | |

| DATE | CDC# | NAME | ADDRESSEE |
|------|------|------|-----------|
| 5/7/08 | J10618 | KNAPP | DEPUTY DIRECTOR SAC CA 95812 |
| 5/7/08 | J10618 | KNAPP | PRISON LAW OFFICE SAN QUENTIN CA 94964 |
| 5/12/08 | J10618 | KNAPP | M.S. WARDEN |
| 5/14/08 | J10618 | KNAPP | USDC CENTRAL LA CA 90012 |
| 5/14/08 | J10618 | KNAPP | LENA T AFARY ATTY GENERAL LA CA 90013 |
| 5/14/08 | J10618 | KNAPP | USDC CLK LA CA 90012 |
| 5/19/08 | J10618 | KNAPP | SVSP WARDEN EVANS |
| 5/21/08 | J10618 | KNAPP | USDC SF CA 94102 |
| 5/21/08 | J10618 | KNAPP | WARDEN SVSP |
| 5/27/08 | J10618 | KNAPP | CRT OF APP SJ CA 95113 |
| 5/27/08 | J10618 | KNAPP | ATT GEN SF CA 94102 |
| 5/28/08 | J10618 | KNAPP | SVSP WARDEN |
| 6/11/08 | J10618 | KNAPP | SVSP WARDEN EVANS |
| 6/11/08 | J10618 | KNAPP | CHIEF, INMATE APPEALS; SACTO, CA 94283 |
| 6/23/08 | J10618 | KNAPP | SVSP WARDEN EVANS |
| 6/23/08 | J10618 | KNAPP | SVSP CDW G. NEOTTI |
| 6/23/08 | J10618 | KNAPP | SVSP WARDEN |

Outgoing Legal-SVSP