**FILED**

AUG 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Eric C.R. Knapp (J10618)
2  Salinas Valley State Prison
3  P.O. Box 1050
4  Soledad, CA 93960-1050
5
6  In Pro Per
7
8              UNITED STATES DISTRICT COURT
9                 DISTRICT OF CALIFORNIA
10
11  ERIC KNAPP,                    ) Case No:_____
12        Plaintiff,               )
13                                 )
14  v.                             ) REQUEST BY PLAINTIFF FOR
15                                 ) ENLARGEMENT OF TIME TO
16                       , et al., ) PREPARE/FILE
17        Defendants.              )
18                                 )
19
20  To: The Honorable _____, U.S. District Judge:
21
22      Plaintiff Eric Knapp, per Fed. R. Civ. P. 6(b), hereby seeks sufficient time
23  to prepare/file the above-referenced document.
24      This request is being made in good faith and for just cause as
25  set forth in the following declaration and supporting attachments.
26  ///
27  ///
28  ///

-1-

634

DECLARATION OF ERIC KNAPP

I, Eric KNAPP, hereby declare the following:

1. I am the pro se prisoner litigant in this and 5 other civil cases currently in 5 federal courts.

2. I suffer a very painful finger deformity that numerous doctors have repeatedly verified "PRECLUDES" me from using pen or pencil for writing. (See Attachments pp. 001, 002.)

3. For the past 6 years in prison I have always had my own personal word-processing typewriter, which medical and corrections officials have recognized as a reasonable and necessary means of accommodating my writing disability per Title I of the ADA, 42 U.S.C. § 12131 et seq. (See Attachments pp. 003-007.)

4. On 6/14/08, I suffered "non-disciplinary" confinement in administrative segregation ("ad-seg") at Salinas Valley State Prison. (See Attachments p. 008.)

5. When confining me in ad-seg on 6/14/08, SVSP staff seized all of my active case material and other personal property — including my medically necessary personal typewriter — and stored it away from me. (See Attchmts pp. 009-013.)

6. On 6/19/08, SVSP officials told me I am to remain indefinitely confined in ad-seg until they can get me transferred to a prison in Jamestown. (Attchmts p. 014.)

7. On 6/21/08, the SVSP ad-seg property officer gave me just two cubic feet of my active case material, my 13" t.v., and miscellaneous other personal property (see Attchmts p. 015), but said that I cannot have my medically necessary personal typewriter even though it does reasonably constitute a Health Care Appliance per s. 54030.11 of the Cal. DOC's Dept. Operations Manual. (See, Cal. Pen. Code 2653(b), and Title 15 of

- 2 -

035

1   the Cal. Code of Regs. at ss. 3085, 3130, 3160(a), 3164(a), 3350(b)(2), and 3378.)
2       8. On 6/24/08, an SVSP official told me I could use the ad-seg
3   law library's ~~typewriter~~ nonword-processing but only once per week, for no more than 2 hours,
4   and in lieu of conducting necessary legal research in my active cases.
5       9. Moreover, the SVSP ad-seg law library fails to provide me
6   physical access to the federally mandated Gilmore collection of updated/
7   current law books, nor is there even an Index or Table of
8   Contents to such books that I can look to for identifying/requesting
9   a copy or printout of needed research material/information.
10      10. By and thru the above confinement conditions since 6/14/08,
11  I have been and am severely prevented, hindered, impeded, limited,
12  restricted, and otherwise hamstrung in my ability to freely, effect-
13  ively, and PAINLESSLY express myself in writing as needed/desired,
14  correspond with loved ones and others in/outside the prison, and
15  prepare legal papers in pending litigation, particularly using the
16  developmental writing process of outlining, drafting, revising, and
17  editing to produce final submissions.
18      11. I have reported my current circumstances above to many
19  SVSP officials, but they have all failed/refused to take appropriate
20  corrective action on my behalf.
21      12. As a result of all the above, I am presently and
22  indeterminately unable to meet the looming filing deadline(s) I
23  have in this and my other pending litigation, but diligence
24  compels me to nevertheless take on the painstaking, laborious task of
25  using my left (nonwriting) hand to notify this Court and request relief
26  on the basis thereof.
27      13. I swear under penalty of perjury that this declaration is
28  true and was executed the ____ day of _____, at
    _____, CA.

- 3 -

036

```
 1                    _____
 2                    Eric C.R. Knapp
 3
 4       WHEREFORE, Plaintiff prays the Court will grant him an
 5   appropriate extension of time to file the aforementioned document
 6   and any other possible relief the Court deems reasonable, necessary, and
 7   otherwise appropriate.
 8
 9   DATED:
10
11                    Respectfully submitted
12
13
14                    _____
15                    ERIC C.R. KNAPP
16                    Plaintiff
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///
```

637

```
 1  Eric C.R. Knapp (J10618)
 2  Salinas Valley State Prison
 3  P.O. Box 1050
 4  Soledad, CA 93960-1050
 5
 6  In Pro Per
 7
 8           UNITED STATES DISTRICT COURT
 9           CENTRAL   DISTRICT OF CALIFORNIA
10
11  ERIC KNAPP,                  ) Case No: CV 06-07702-JVS
12       Plaintiff,              )
13                               )
14  v.                           ) REQUEST BY PLAINTIFF FOR
15                               ) ENLARGEMENT OF TIME TO
16  C.M. HARRISON, et al.,       ) PREPARE/FILE OBJECTIONS TO
17       Defendants.             ) THE REPORT AND RECOMMENDATION
18                               ) OF THE MAGISTRATE JUDGE
19
20  To: The Honorable James V. Selna, U.S. District Judge:
21
22       Plaintiff Eric Knapp, per Fed.R.Civ.P. 6(b), hereby seeks sufficient time
23  to prepare/file the above-referenced document.
24       This request is being made in good faith and for just cause as
25  set forth in the following declaration and supporting attachments.
26  ///
27  ///
28  ///
```

-1-

038

DECLARATION OF SERVICE By Mail

I, Eric Knapp, swear under penalty of perjury that I served the accompanying document by mailing a true and correct copy of it to the following counsel for the defendants in this case:

Lena T. Afary, Deputy A.G.
Office of the Attorney General
300 S. Spring Street, Ste. 1702
Los Angeles, CA 90013

Barbara L. Sheldon, Chief Counsel
Office of the Inspector General
P.O. Box 348780
Sacramento, CA 95834-8780

Executed this 9th day of July, 2008, at Soledad, California.

_____
ERIC C.R. KNAPP

039

```
 1  Eric C.R. Knapp (J10618)
 2  Salinas Valley State Prison
 3  P.O. Box 1050
 4  Soledad, CA 93960-1050
 5
 6  In Pro Per
 7
 8              UNITED STATES DISTRICT COURT
 9         EASTERN    DISTRICT OF CALIFORNIA
10
11  ERIC KNAPP,                    | CASE No: 2:05-cv-02500-FCD-CMK
12       Plaintiff,                |
13                                 |
14  v.                             | REQUEST BY PLAINTIFF FOR
15                                 | ENLARGEMENT OF TIME TO
16  R.Q. HICKMAN       , et al.,   | PREPARE/FILE COMPLIANCE WITH
17       Defendants.               | COURT'S ORDER OF 6/26/08 AND OTHER
18                                 | FUTURE ORDER(S), DISCOVERY, ETC.
19
20  TO: The Honorable Frank C. Damrell  , U.S. District Judge:
21
22       Plaintiff Eric Knapp, per Fed.R.Civ.P. 6(b), hereby seeks sufficient time
23  to prepare/file the above-referenced document.
24       This request is being made in good faith and for just cause as
25  set forth in the following declaration and supporting attachments.
26  ///
27  ///
28  ///
```

-1-

046

DECLARATION OF SERVICE BY Mail

I, Eric Knapp, swear under penalty of perjury that I served the accompanying document by mailing a true and correct copy of it to the following counsel for the defendants in this case:

Jaime Ganson
Office of the Atty Gen'l
1300 I Street, Ste. 125
Sacramento, CA 94244-2550

Executed this 9th day of July, 2008, at Soledad, California.

Eric R—
ERIC C.R. KNAPP