1    Eric C.R. Knapp (J10618)
2    Salinas Valley State Prison
3    P.D. Box 1050
4    Soledad, CA 93960-1050
5
6    In Pro Per
7
8                    UNITED STATES DISTRICT COURT
9            NORTHERN    DISTRICT OF CALIFORNIA
10
11   ERIC KNAPP,                        CASE No. 3:08-cv-00719-JSW
12              Plaintiff,
13
14   v.
15                                      REQUEST BY PLAINTIFF FOR
16   JAMES TILTON    jet.al.,           ENLARGEMENT OF TIME TO
17              Defendants.             PREPARE/FILE AMENDED
18                                      COMPLAINT PER COURT'S
19                                      ORDER OF 6/24/08.
20   To: The Honorable Jeffrey S. White    , U.S. District Judge:
21
22        Plaintiff Eric Knapp per Fed.R.Civ.P. 6(b) hereby seeks sufficient time
23   to prepare/file the above-referenced document.
24        This request is being made in good faith and for just cause as
25   set forth in the following declaration and supporting attachments.
26   ///
27   ///
28   ///

                              - 1 -

042

<u>DECLARATION OF SERVICE By Mail</u>

I, Eric KNAPP, swear under penalty of perjury that I served the accompanying document by mailing a true and correct copy of it to the following counsel for the defendants in this case:

Matthew Cate, Agency Secretary
Kenneth Hurdle, Agency Ombudsman
Cal. Dept. Corrections/Rehab.
P.O. Box 942883
Sacramento, CA 94283-0001

Executed this 10th day of July, 2008, at Soledad, California.

Eric
ERIC C.R. KNAPP

1  Eric C.R. Knapp (J10618)
2  Salinas Valley State Prison
3  P.O. Box 1050
4  Soledad, CA 93960-1050
5
6  In Pro Per
7
8              UNITED STATES DISTRICT COURT
9        EASTERN    DISTRICT OF CALIFORNIA
10
11  ERIC KNAPP,                    CASE No. 2:08-CV-01040-GEB-JFM
12          Plaintiff,
13
14  V.                             REQUEST BY PLAINTIFF FOR
15                                 ENLARGEMENT OF TIME TO
16  WARDEN OF [SVSP]    jet al.,    PREPARE/FILE TRAVERSE PER
17          Defendants.            COURT'S ORDER OF 6/16/08
18
19
20  To: The Honorable Garland E. Burrell, U.S. District Judge:
21
22      Plaintiff Eric Knapp, per Fed.R.Civ.P. 6(b), hereby seeks sufficient time
23  to prepare/file the above-referenced document.
24          This request is being made in good faith and for good cause as
25  set forth in the following declaration and supporting attachments.
26  ///
27  ///
28  ///

- 1 -

644

<u>DECLARATION OF SERVICE By Mail</u>

I, Eric KnAPP swear under penalty of perjury that I served the accompanying document by mailing a true and correct copy of it to the following counsel for the defendants in this case:

Michael P. Farrell, Sr. Asst. A.G.
office of the Atty Gen'l
1300 I Street, Ste. 125
Sacramento, CA 94244-2550

Executed this 10th day of July, 2008, at Soledad, California.

Eric Knapp
ERIC C.R. KnAPP

645

STATE OF CALIFORNIA
**INMATE PROPERTY INVENTORY**
CDC 1083 (Rev. 04/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| INMATE'S NAME | CDC NUMBER | INSTITUTION | BUILDING | ROOM # | DATE |
|---|---|---|---|---|---|
| Knapp | J-10618 | SUSP | D-1 | 207 L | 7-25-08 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| G. Phillips | CO | ITX-SCC 7-31-08   Sch U | 4 |

| CANTEEN ITEMS | CLOTHING | NON-EXPENDABLE ITEMS |
|---|---|---|

**CANTEEN ITEMS**

- ☐ DEODORANT
- HAIR ☐ SHAMPOO ☐ GREASE
- ☐ CONDITIONER
- LOTION: ☐ TANNING ☐ BABY OIL
- ☐ HAND ☐ NOXEMA
- POWDER: ☐ TALC ☐ FOOT
- ☐ DISPOASBLE RAZOR
- ☐ SHAVING CREAM ☐ Q-TIPS
- ☐ AFTER SHAVE ☐ BODY WASH
- ☐ SHOE POLISH ☐ LAUNDRY SOAP
- SOAP: ☐ BARS ☐ LIQUID
- ☐ SOAP DISH ☐ MOUTHWASH
- TEETH: ☐ PASTE ☐ BRUSH
- ☐ HOLDER ☐ D-FLOSS
- ☐ ASPRIN ☐ VITAMINS

**FOOD ITEMS**

- CANDIES: ☐ BAGS ☐ BARS
- ☐ MEAT PACKETS ☐ TORTILLAS
- CHEESE: ☐ SPREAD ☐ VELVEETA
- ☐ CHIPS ☐ CRACKERS
- ☐ COFFEE ☐ COCOA
- ☐ COOKIES ☐ PASTRIES
- ☐ HOTSAUCE ☐ PEPPERS
- ☐ INSTANT DRINKS ☐ SOUPS
- ☐ PEANUT BUTTER ☐ NUTS
- ☐ POPCORN ☐ PORK RINDS
- ☐ SUGAR SUBSITUTE ☐ SODA
- ☐ TEA BAGS ☐ SAUSAGES
- ☐ RICE ☐ BEANS ☐ SPICES

**PERSONAL ITEMS**

- ☐ ADDRESS BOOK ☒ BOOKS 1
- ☐ MAGAZINES ☐ BATTERIES
- ☐ NAIL CLIPPERS ☐ BRUSH
- COMBS: ☐ AFRO ☐ REGULAR
- GLASSES ☐ SUN ☐ RX
- ☒ LEGAL MATERIALS 5m/box ☐ MIRROR
- ☒ PESONAL PAPERS misc.
- ☐ PENS ☐ PENCILS
- PHOTOS: ☐ ALBUMS ☐ LOOSE
- ☐ ENVELOPES ☐ STAMPS
- ☐ SEWING KIT ☐ HOT POT
- ☐ STATIONARY ☐ TABLETS
- ☐ TUMBLER ☐ CUP
- ☐ BOWL ☐ WALLET
- ☐ CASSET TAPES ☐ CD'S

**CLOTHING**

- ☐ BANDANAS ☐ HEADBANDS
- CAPS: ☐ B/BALL ☐ W/CAP ☐ WS
- ☐ TANK TOP ☐ T-SHIRT
- ☒ SHOWER SHOES ☐ SANDLES
- ☐ TENNIS SHOES
- ☐ WAVE CAP
- SHORTS: ☐ UNDER ☐ ATHLETIC
- ☐ SOCKS ☐ SLIPPERS
- ☐ SWEAT PANTS ☐ WASHCLOTH
- ☐ SWEAT SHIRTS ☐ RAIN PANCHO
- ☒ THERMAL TOP 1
- ☐ THERMAL PANTS

**RELEGIOUS ITEMS**

- ☐ PRAYER RUG
- ☐ APPAREL ☐ OILS
- ☐ RELIGIOUS MEDAL
- MEDAL ☐ YELLOW COLOR
- ☐ METAL COLOR
- CHAIN: ☐ YELLOW COLOR
- ☐ METAL COLOR
- ☐ WAVE CAP
- ☐ OTHER

**MEDICAL ITEMS**

- ☐ CANE ☐ KNEE BRACE
- ☐ BACK BRACE ☐ ANKLE BRACE
- ☐ HEARING AIDS ☐ DENTURES
- ☐ WHEEL CHAIR ☐ ACE BANDAGES
- ☐ TRANSFER BOARD
- ☐ MEDICAL PILLOW
- ☐ MEDIACAL MATTRES
- ☐ BREATHING MACHINE
- ☐ ORTHO BOOTS

**OTHER ITEMS**

1- Medical pillow

**NON-EXPENDABLE ITEMS**

- ☐ AC ADAPTOR
- ☐ CALCULATOR
- MAKE:
- ☐ RADIO.
- ☐ AM/FM CASSETTE
- ☐ AM/FM CD PLAYER
- MAKE:
- SKN:
- ☐ WALKMAN - CD PLAYER
- MAKE:
- SKN:
- ☐ HEADPHONES
- MAKE:
- ☐ ELECTRIC RAZOR
- MAKE:
- SKN:
- ☐ LAMP
- ☐ MUSIC INSTRUMENT
- TYPE:
- MODLE:
- SRN
- TELEVISION: 1
- ☒ COLOR ☐ B/W
- ☐ NON CLEAR ☐ CLEAR
- MAKE: Zenith
- SRN 053100709329 B
- ☐ TELEVISION TESTED
- ☐ TV WORKS ☐ NOT
- WORKING
- ☐ COAXIAL CABLE
- ☐ TYPEWRITER
- MAKE:
- SRN:
- ☐ FAN
- RING: ☐ GOLD COLOR
- ☐ SILVER COLOR
- WATCH: ☐ GOLD COLOR
- ☐ SILVER COLOR
- MAKE:
- ☐ EXTENSION CORD

**GAMES**

- ☐ CHESS ☐ PLAYING CARDS
- ☐ CHECKERS ☐ DOMINOES
- ☐ OTHER

---

THE ABOVE LISTED ITEMS CONSTITUTE ALL MY PESONAL PROPERTY.

INMATES SIGNATURE: _____   DATE: 7/25/08

HAVE RECEIVED ALL THE ABOVE LISTED PERSONAL PROPERTY OR HAVE NOTED ANY DICREPANCIE BELOW

INMATES SIGNATURE: _____   DATE: 8/12/08

INST _____ DATE _____ INSTITUTION _____ DIST ORIGINAL KGR

 Windows Live™

## FW: Eric K'napp (J10618)

**From: Natalie Bolds** (natalie_bolds@hotmail.com)
Sent: Fri 6/27/08 3:22 PM
To: mike.evans@cdcr.ca.gov

Dear Warden Evans,

I am writing to you on behalf of Inmate Eric K'napp (J10618), Salinas Valley State Prison. I just received a letter from him today letting me know that he was placed in Ad-Seg on June 14, 2008.

He is in Ad-Seg through no fault of his own and is quite distressed over the situation. He has legal work that is due to the courts on the July 14, 2008. It is imperative that he be able to file his responses to the court within a timely manner.

The administration at Salinas Valley State Prison has failed to respond to Eric request for the use his typewriter to finalize his court responses. He has filed two CDCR Forms 7410 on which doctors very clearly state his medical condition "precludes" him from writing with anything but a typewriter. You are fully aware that he has a medical condition with his right hand, which is his writing hand, and cannot handwrite these documents. When he wrote his letter to me, it was with his left hand.

Eric has this medical condition and as a result, was granted a typewriter per Title II of the Americans with Disabilities Act (U.S Code, title 42, ss 12131 et seq.).
His time is running out to respond to the courts. I am writing you for your assistance in order to resolve this issue.

Eric has also mentioned that he went to committee on June 16, 2008 where they informed him that he would be going to Jamestown. He has heard from other inmates in Ad-Seg that they've been waiting six months for a transfer. It is well documented in his medical file how rapidly his mental health deteriorates in Ad-Seg.

Your assistance with these matters would be greatly appreciated.

Thank you.

Sincerely,
Natalie Bolds



 Windows Live™

---

**FW: Eric K'napp (J10618)**
From: **Natalie Bolds** (natalie_bolds@hotmail.com)
Sent: Fri 6/27/08 3:07 PM
To: ken.hurdle@cdcr.ca.gov

---

Dear Mr. Hurdle,

I am writing to you on behalf of Inmate Eric K'napp (J10618), Salinas Valley State Prison. I just received a letter from him today letting me know that he was placed in Ad-Seg on June 14, 2008.

He is in Ad-Seg through no fault of his own and is quite distressed over the situation. He has legal work that is due to the courts on the July 14, 2008. It is imperative that he be able to file his responses to the court within a timely manner.

The administration at Salinas Valley State Prison has denied Eric of his right to use his typewriter to finalize his court responses. He has filed two CDCR Forms 7410 on which doctors very clearly state his medical condition "precludes" him from writing with anything but a typewriter. The prison is fully aware that he has a medical condition with his right hand, which is his writing hand, and cannot handwrite these documents. When he wrote his letter to me, it was with his left hand.

Eric has this medical condition and as a result, was granted a typewriter per Title II of the Americans with Disabilities Act (U.S Code, title 42, ss 12131 et seq.).
His time is running out to respond to the courts. I am writing you for your assistance or advice regarding who I should contact in order to resolve this issue. He has already contacted the warden but he has not responded to his request.

Thank you for your assistance regarding this matter.

Sincerely,
Natalie Bolds



 Windows Live™

---

## FW: Eric K'napp (J10618)
From: **Natalie Bolds** (natalie_bolds@hotmail.com)
Sent: Wed 7/09/08 8:01 PM
To: Ken Hurdle (ken.hurdle@cdcr.ca.gov)

---

Dear Mr. Hurdle,

I am writing to inform you that I received a phone call from Lt. Moore from Salinas Valley State Prison. He stated that he was responding to my concerns. He stated that Eric gained access to his personal television and a typewriter in the Law Library. While this is positive news, I received a letter from Eric that quickly deflated that perception.

Eric stated that he is only able to use the typewriter for two hours per week. This timeframe does not provide ample time for Eric to form responses to three cases that are due in Court on July 17, 24, and 30, 2008. Two hours is not nearly enough time for Eric to perform the appropriate amount of research and formulate his response in such a short timeframe. Since the prison did not authorize the use of Eric's personal typewriter, as they did with his personal television, he is forced to use a typewriter that does not have word processing and correction features. If he accidentally makes a typing error, he must begin typing his response all over again. In addition there is no power for Eric to utilize his television.

This type of treatment is outrageous. He is in Ad-Seg through no fault of his own and even though he is a prisoner of the California State Prison system, he does not deserve this type of treatment. A dog in the dog pound gets better treatment than Eric is getting right now.

I implore you to please assist and step in on behalf of Eric. He has rights and deserves his day in court. The prison has no authority to take this right away from Eric. The way they are handling this situation will definitely impact Eric's ability to defend himself in court, if they even hear him at all if he is not able to respond. The prison has no right to be so in control of this man's life. They are abusing this control and I am pleading with you to assist him with rectifying this situation.

Please advise.

Thank you,

Natalie Bolds

---

Subject: RE: Eric K'napp (J10618)
Date: Mon, 7 Jul 2008 16:25:40 -0700
From: Ken.Hurdle@cdcr.ca.gov
To: natalie_bolds@hotmail.com



Yes you may.

---

**From:** Natalie Bolds [mailto:natalie_bolds@hotmail.com]
**Sent:** Monday, July 07, 2008 3:11 PM
**To:** Hurdle, Ken
**Subject:** RE: Eric K'napp (J10618)

Mr. Hurdle,

Thank you for responding to my email. If I do not receive a response or if I have further questions, may I continue to correspond with you?


Again Thank you,
Natalie

---

Subject: RE: Eric K'napp (J10618)
Date: Mon, 7 Jul 2008 12:00:03 -0700
From: Ken.Hurdle@cdcr.ca.gov
To: natalie_bolds@hotmail.com


Natalie-
It is my understanding that the institution is preparing a response to you re these issues. I have asked for a copy of the response.
**Ken Hurdle**
**Chief**
**Office of the Ombudsman**
**(916) 445-1748**
**"We lead with the essence of who we are as a person." Lillas Brown, University of Saskatchewan**

---

**From:** Natalie Bolds [mailto:natalie_bolds@hotmail.com]
**Sent:** Friday, June 27, 2008 3:08 PM
**To:** Hurdle, Ken
**Subject:** FW: Eric K'napp (J10618)


Dear Mr. Hurdle,

I am writing to you on behalf of Inmate Eric K'napp (J10618), Salinas Valley State Prison. I just received a letter from him today letting me know that he was placed in Ad-Seg on June 14, 2008.



He is in Ad-Seg through no fault of his own and is quite distressed over the
situation. He has legal work that is due to the courts on the July 14, 2008.
It is imperative that he be able to file his responses to the court within a
timely manner.

The administration at Salinas Valley State Prison has denied Eric of his right
to use his typewriter to finalize his court responses. He has filed two CDCR
Forms 7410 on which doctors very clearly state his medical condition
"precludes" him from writing with anything but a typewriter. The prison is
fully aware that he has a medical condition with his right hand, which is his
writing hand, and cannot handwrite these documents. When he wrote his
letter to me, it was with his left hand.

Eric has this medical condition and as a result, was granted a typewriter
per Title II of the Americans with Disabilities Act (U.S Code, title 42, ss
12131 et seq.).
His time is running out to respond to the courts. I am writing you for your
assistance or advice regarding who I should contact in order to resolve this
issue. He has already contacted the warden but he has not responded
to his request.

Thank you for your assistance regarding this matter.

Sincerely,
Natalie Bolds

July 10, 2008


Honorable Judge Rosalyn Chapman
Central District Court
312 No Spring St
Los Angeles, CA 90012

Re Case #CV 06-7702-JVS – Eric K'napp

Dear Honorable Judge Chapman:

I am a columnist and widely-known prisoner advocate whose son Eric K'napp J10618 is a paralegal now incarcerated at Salinas Valley Prison in Soledad. He has a case before you that is very important, not only to him, but to me and to thousands of people who witnessed the horrible events that transpired at California State Prison Los Angeles County in late 2004 – 2005.

Eric would like to file objections in time for the July 17 deadline but he simply cannot because he has been in the hole for three weeks without electricity and his medically-necessary typewriter. He is there "for his own protection" but the situation is very similar to the abuse he experienced at CSP-Lancaster.

I am attaching one of my columns to further detail the situation. The purpose of this letter is to ask you for an extension for him to be able to file objections once he is moved out of the hole and to a prison that is properly equipped with a legal library. The one in Salinas Valley Prison's ad seg is in violation of Gilmore, and I am taking action on the situation with the monitors of that lawsuit right now.

Eric was recently successful in a legal action against Salinas Valley Prison and has another case approved to go forward in Judge Jeffrey White's court in the 9th District that involves 350 prisoners. He is being retaliated against, which is almost always the fate of jailhouse lawyers.

I have no way of knowing if whether or not he was able to get a note to you about this blockage of proper court access and request for an extension or not, since he cannot make phone calls and his mail coming out and mine going in is often blocked. We have no idea how long they will keep him in the hole without his medically-mandated typewriter, without electricity, without access to a proper legal library. I am a columnist, not a lawyer, perhaps there is something that you can do from there so he can work on his legal actions. We are quite helpless going up against the bully prison guard which is why we have come to the courts for help. The people are suffering and the public has a right to know of these abuses that took place at Lancaster and other prisons. Please grant an extension for arguments, and copy me on it since your mail might never reach him.

Rev. Barbara "Cayenne" Bird
United for No Injustice, Oppression or Neglect
P.O. Box 340371
Sacramento, Ca 95833



WEBCommentary Cover  •  Commentary  •  Resources  •  Site Links  •  Feedback

# UEBCommentary   Cover  •  Commentary  •  Resources  •  Site Links  •  Feedback

## "And ye shall know the truth, and the truth shall make you free." - John 8:32

WEBCommentary Contributor
Author: Dr. B. Cayenne Bird
Bio: Dr. B. Cayenne Bird
Date: July 10, 2008

Print article -

Email article link to friend(s) -

## Paralegal Eric K'napp Denied Medically-Mandated Appliance by Salinas Valley Prison Officials
### An important part of the present prison reform should be oversight and protection of the jail house lawyers, paralegals and whistle blowers who exercise their rights while incarcerated.

No one is allowed to actually become a lawyer while serving a prison term, but those who have some legal training and attempt to stand up to a corrupt system are often very courageous and very talented. A prisoner is paid only 9 cents to 22 cents per hour, so very few of them can afford to hire attorneys.

An important part of the present prison reform should be oversight and protection of the jail house lawyers, paralegals and whistle blowers who exercise their rights while incarcerated.

No one is allowed to actually become a lawyer while serving a prison term, but those who have some legal training and attempt to stand up to a corrupt system are often very courageous and very talented. A prisoner is paid only 9 cents to 22 cents per hour, so very few of them can afford to hire attorneys.

These legal eagles are certainly mostly all patriots who are literally risking their lives in order to exercise their right to seek relief from the courts. They have no place to go for help when the prison administrators and guards frequently retaliate against them for filing 602's, habeas corpus petitions and other legal actions such as lawsuits. Their chance at freedom and at the very least, humane treatment while in prison, depends on their ability to have access to the courts.

There is one such talented young man who earned his paralegal certificate from the Blackstone Institute while being incarcerated. Eric K'napp is at this very moment being tormented, blocked and denied his right to answer an important lawsuit that he filed over similar treatment at CSP Los Angeles County Lancaster. He has a deadline of July 17, 2008 to file objections to case CV 06-7702-JVS before US Magistrate Judge Rosalyn M. Chapman.

But Salinas Valley Prison Warden Michael Evans and Asst. Warden Eric Moore have put him into ad seg "for his own protection", which is where most prisoner litigants do too much of their time. The punishment for prisoners who litigate are particularly harsh, especially when they win an action, which K'napp did recently. Can't have that, a prisoner victory that points to the fact that the criminals are often wearing badges.

It is my opinion that Eric K'napp needs protection only from the guards and prison administrators, not from any inmate who allegedly wrote "an anonymous note" threatening his life over a group 602 that K'napp filed trying to get proceeds from the bottles and cans purchased by visitors to be given to the food vendor so that he would lower his prices. Eric K'napp is quite popular amongst inmates and their families on the B yard after having several recent successful legal actions, which is always grounds for prison administration's retaliation, particularly at Salinas Valley Prison. Because of that success, he will be moved out of the prison, especially with other actions against abuses at Salinas Valley Prison coming up in court. Every effort will be made to divide-and-conquer the many participants and supporters of solid and appropriate legal actions on behalf of all prisoners to prevent them from winning .

Several years ago, Eric K'napp was so determined to become a paralegal that he wrote tens of thousands of pages with a pen filler which permanently deformed his right index finger. He has a medically-mandated chrono for a personal typewriter that is supposed to be available to him no matter where he is housed, even in ad seg. The documentation makes it clear that K'napp is never to use a pen filler or another writing instrument in his right hand again. He cannot write quickly or legibly with his left

hand at all, which blocks him from being able to meet a legal deadline that is very important to him and to everyone concerned about abuses at CSP Los Angeles County, Lancaster.

By denying K'napp his medically-necessary appliance of a typewriter, Warden Michael Evans and Asst Warden Moore are violating the terms of the Armstrong class action lawsuit and 42 U.S.C. 12131 (Title II of the Americans With Disabilities Act).

Not only is K'napp's well-documented need for a personal typewriter being denied but his cell has no electricity with which to use it. And he's been hobbled in this situation for with no means to communicate and no electricity for three weeks. K'napp was given a 13" television set but not his medically-mandated typewriter. How ridiculous is that? In addition to several violations of the Armstrong class action lawsuit, which I will address in more detail in my next column, there are many violations of the Gilmore case which also impedes his access to the courts.

In order for Eric K'napp, and every other prisoner trying to find relief in the courts from the Salinas Valley Ad Seg (hole) to be able to submit well-researched objections to meet legal deadlines, there needs to be books with case histories and/or a searchable database which is fully accessible to them. There is one computer in this poorly concocted wretched excuse for a legal library but the inmate may not search it himself.

He must ask a prison employee to look up a specific case, which he can rarely ever find because the books that he needs aren't even in the library. If the inmate doesn't know the name of the case he needs to reference, the clerk won't use a keyword search on his behalf, meaning that he can't submit a proper argument.

These are clear violations of the Gilmore case and just one more way that prison employees do everything possible to block prisoners from really being able to defend themselves.

It's ironic that the lawsuit that Eric K'napp needs to respond to is the one he filed for similar abuses at CSP Los Angeles County Lancaster in 2005. At that time, he was also put into the hole "for his own protection" – which mysteriously always happens when the UNION holds a successful rally or has any of our important work televised. K'napp was denied even a pen filler or writing utensil of any kind then too, and was completely blocked off from mail or the ability to make phone calls. In order to get him out of the hole at CSP Los Angeles County, where he was starved, psychologically tormented and denied access to the courts for many months, we had to bring more than 100 people to protest the prison. (link with photos below).

There had been five suspicious deaths there at CSP Lancaster during this time period in 2005, one of which happened while Eric was in the hole. The careless double-celling of Eddie Arriaga who was intentionally put in with a mentally ill, violent prisoner in a tiny ad seg cell predictably resulted in his death. Arriaga's cell mate stomped him to death after many hours of drawn out torture to which the guards did not respond.

There is a pattern to the abuse of prisoners who litigate, and that systemic pattern of unconstitutional treatment is taking place AGAIN right now. Eric K'napp must have full accessibility to his medically-mandated health care need of a personal typewriter or this important case will be thrown out.

People traveled to CSP-Los Angeles County, Lancaster in the middle of nowhere to draw media attention to Eric K'napp's torment and five suspicious deaths the day the Pope died April 2, 2005. Hundreds of people from every occupation imaginable came to draw attention to the abuses that day including doctors, teachers, social workers, activists, journalists on and off duty, many of whom have a loved one in prison themselves. They all still want this lawsuit against the lawbreaking guards and prison administrators at CSP Los Angeles County, Lancaster to go forward. They want answers and accountability for those responsible for what happened at that dark, evil place where abuse is an everyday occurrence.

Nobody comes out of prison as a better person but some facilites are more adept at breaking people than others. CSP Los Angeles County Lancaster, Corcoran and Salinas Valley Prisons are even worse

because they are occupied with prison guard gangs known as the "Green Wall" and another one called "The Guard Assault Task Force" who need to be exposed and brought to justice for what they do to the prisoners.

Right after our rally in front of CSP Los Angeles County over the suspicious deaths and abuse of Eric K´napp in April, 2005, the Inspector General Matt Cate did miraculously cause the Warden Michael Harrison to be demoted from Warden to a guard at Chino Prison. The head of "The Guard Assault Task Force, Lt. Charles Hughes was fired for his role in Arriaga´s death. Both should have been criminally prosecuted for the murder of Arriaga and others, not to mention the torture of Eric K´napp in my opinion and of all who witnessed what took place. This is one of the few times that any consequence at all was delivered to a warden and prison administrator by the Inspector General Matt Cate, but it certainly was no more than a slap on the wrist. When Assembly member Sharon Runner ran for office after Lt. Hughes was fired, she took money from him for her campaign. Obviously there is no oversight at CSP Los Angeles County when the prison guards own the state politicians from that area.

Eric K´napp's lawsuits are important. There is no good reason why he is being denied his medically-mandated typewriter and access to a properly set up legal library. We can only hope that the Judge gives him the extension that he needs and perhaps someone can step in who is monitoring Armstrong and Gilmore compliance and insist that the law gets respected. If Warden Michael Evans and Asst. Warden Eric Moore have their way, Eric K'napp will be tormented and blocked in the hole for 90 days. This is not the only legal action that he has in progress.

The primary goal of the prisons seems to be to break the body, mind and spirit of those being inhumanely and unconstitutionally sentenced and confined. If not for the courageous prisoners who litigate, who would ever know or care what they´re going through every day? All of this in the name of "God" and the name of "Justice" taking place in taxpayer-financed institutions beyond the radar of the media. Perhaps it is time for another protest at Salinas Valley Prison to make the point that people DO CARE about what happens to Eric K´napp and all jailhouse lawyers and whistleblowers. The safest way of course, is for the families of the prisoners to organize and hire lawyers on the outside who will take these cases forward. The families have the power of the vote and can end the oppressive prisons, or greatly cut back on their existence at any time that they decide to set up a funded voting lobby, but the uneducated and poor do not really understand how the system is set up.

Here´s the link to the day we protested over the suspicious deaths and torment of Eric K´napp at CSP Lancaster on April 2, 2005 after approximately six months of begging then Warden Michael Harrison to stop tormenting him. We want this lawsuit to bring justice to everyone who was a party to what happened.

http://www.1union1.com/Lancaster_protest_pictures.html

We want the terms of the Armstrong and Gilmore cases to be instituted and respected at every prison in California. There are prisoners in ad seg at Salinas Valley Prison who have been there for NINE MONTHS while being told they are awaiting a transfer. During this time, their access to courts, communication with their children and family members is cut off, they may not use the telephone. Their mail is blocked and tampered with. .. It appears that ad seg is cruelly being used as permanent housing.

This situation needs immediate intervention and there needs to be a place to go.

for those who stand up for their rights and the rights of others via litigation in the future. There are more links at the bottom of this page. In spite of the pope dying that day, the television and newspaper people did give us some press coverage. This lawsuit is important to every California prisoner and the three million potential voters related to them. There is no reason why Eric K´napp should be blocked and abused for his talents.

My next column will deal with other violations of the Armstrong case that Eric K'napp is now suffering "for his own protection" including placement in a freezing cold room, stripped of all his clothing and put on display for 48 hours straight while being ridiculed by the guards. The "cold rooms" are another pattern of unconstitutional torment frequently used against prisoners who successfully litigate in an



effort to break their spirits.

We can never have too many subscribers to the UNION Daily Newsletter who want to stand up against abuse, inhumane conditions and do actual campaigns and lawsuits.

email rightor1@yahoo.com to find out how can you can become an activist for change. 6500 people can change any law, elect or recall any politician from office, less workers cannot make the 150 day deadlines required to get initiatives on the ballot. Get off your apathy. Prison reform cost people a great deal of suffering and financial sacrifice which continues today.

Rev. B. Cayenne Bird

UNION

P.O. Box 340371

Sacramento, Ca. 95834

http://www.1union1.com/Join_the_UNION.html

Dr. B. Cayenne Bird
Founder and Director, http://www.1union1.com/advice.htm

## Biography - Dr. B. Cayenne Bird

Dr. B. Cayenne Bird is an ordained minister and a 37-year veteran op-ed publisher and journalist who volunteers her time as founder and director of United for No Injustice, Oppression or Neglect UNION. The UNION is active in prison reform and criminal justice issues. She is a mother and grandmother and focuses on human rights and restorative justice. She is also the host of television series "Cayenne Common Sense" and publishes a daily online newsletter.

Read other commentaries by Dr. B. Cayenne Bird.

Visit Dr. B. Cayenne Bird's website at http://www.1union1.com/advice.htm

Send Comments/Questions to Dr. B. Cayenne Bird

Copyright © 2008 by Dr. B. Cayenne Bird
All Rights Reserved.

[ Back ]

© 2004-2008 by WEBCommentary(tm), All Rights Reserved



Web   Images   Maps   News   Shopping   Gmail   more ▼                                                        Sign in

## Google

| Eric K'napp, Salinas Valley Prison |   Search   | Advanced Search |
|---|---|---|
| | | Preferences |

**Web**                           Results **1 - 10** of about **100** for **Eric K̲'napp, Salinas Valley Prison**. (**0.26** seconds)

### American Chronicle | Paralegal Eric K'napp Denied Medically ...
Paralegal **Eric K'napp** Denied Medically-Mandated Appliance by **Salinas Valley Prison**
Officials. Dr. B. Cayenne Bird. July 06, 2008 ...
www.americanchronicle.com/articles/67433 - 40k - Cached - Similar pages

### American Chronicle | Prison Riots Are Reactions To Abuse
Sep 26, 2005 ... On the first day **K'napp** arrived at Pleasant **Valley Prison**, ... that will send
him to **Salinas Valley Prison** in the heart of the Green Wall. ...
www.americanchronicle.com/articles/2594 - 46k - Cached - Similar pages
More results from www.americanchronicle.com »

### WEBCommentary(tm) - Paralegal Eric K'napp Denied Medically ...
Jul 10, 2008 ... Paralegal **Eric K'napp** Denied Medically-Mandated Appliance by **Salinas
Valley Prison** Officials An important part of the present **prison** reform ...
www.webcommentary.com/asp/ShowArticle.asp?id=birdbc&date=080710 - 19k - 22 hours
ago - Cached - Similar pages

### Jailhouse Lawyer Denied Medical Appliance to Block his Lawsuits
**Eric K'napp** is at this very moment being tormented, blocked and denied his ... Perhaps it is
time for another protest at **Salinas Valley Prison** to make the ...
www.opednews.com/articles/2/Jailhouse-Lawyer-Denied-Me-by-Dr--B--Cayenne-Bir-080707-
179.html - 45k - Cached - Similar pages

### California Chronicle | Salinas Valley Prison denies woman visit ...
I plan to detail in a separate column the torture of jailhouse lawyer (paralegal) **Eric K'napp** at
**Salinas Valley** State **Prison** whose access to the courts is ...
www.californiachronicle.com/articles/67108 - 37k - Cached - Similar pages

### High Price For Integrity : Indybay
Jun 19, 2008 ... Recently **Eric K'napp** won a habeas corpus over visiting room violations
taking place on the B yard at **Salinas Valley Prison**. ...
www.indybay.org/newsitems/2008/06/19/18508902.php?show_comments=1 - 71k -
Cached - Similar pages

### High Price For Integrity : Indybay
Jun 19, 2008 ... of the 600 guards and officers in **Salinas Valley prison**. .... Some of **Eric
K'napp's** lawsuits in the courts - not including other UNION ...
www.indybay.org/newsitems/2008/06/19/18508902.php - 43k - Cached - Similar pages

### Open Letter to Rod Hickman: Prison Guards and Wardens are out of ...
... **Salinas Valley** across the nation as being the heart of the Green Wall. This **prison** where
rookies are hired is always on lockdown, and **Eric K'napp** has a ...
www.1union1.com/advice35.html - 29k - Cached - Similar pages

### Pennsylvania Chronicle | Prison Riots on the Rise - Why not re ...
Photo Caption: **Eric K'napp** has been literally tortured in California's prisons ..... **Salinas
Valley** is a **prison** which is almost always on cruel lockdown. ...
www.pennsylvaniachronicle.com/articles/2582 - 46k - Cached - Similar pages

### Blackstone Group News - Inbox Robot

Paralegal **Eric K'napp** Denied Medically-Mandated Appliance by **Salinas Valley Prison**
Officials 6 Jul 2008 23:15 GMT ... who earned his paralegal certificate ...
www.inboxrobot.com/news/glackstone-group - Similar pages

1 2 3 4 5 6 7 **Next**

Eric K'napp, Salinas Valley Prison      Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Maps  News  Shopping  Gmail  more ▼                                    Sign in

## Google

Eric K'napp                          Search | Advanced Search
                                              Preferences

**Web**                              Results **1 - 10** of about **393** for **Eric K'napp**. **(0.17** seconds)

### Santa Barbara Chronicle | Corrupt Criminal Justice System ...
Oct 21, 2006 ... In the case of **Eric K'napp**, about which a movie is being made and a book
written, the trial judge told the jury "to convict if the evidence ...
www.santabarbarachronicle.com/articles/viewArticle.asp?articleID=15182 - 65k -
Cached - Similar pages

### Lancaster Torture
When my son **Eric K'napp** first came to Lancaster prison, a retaliatory move that placed him
\416 miles away from his family, he was put to work for Lt.C. ...
www.geocities.com/three_strikes_legal/Lancaster_torture.html - 44k - Cached - Similar pages

#### Sacramento Torture
I am also hereby requesting a copy of everything **Eric K'napp** has filed with the ... I am
writing about the possible transfer of **Eric K'Napp**, J-10618 from ...
www.geocities.com/CapitolHill/Parliament/2398/Sacramento_torture.html - 43k -
Cached - Similar pages
More results from www.geocities.com »

### American Chronicle | Paralegal **Eric K'napp** Denied Medically ...
California Chronicle - The Golden State's online magazine for national, international, state,
local, entertainment, sports, and government news.
www.americanchronicle.com/articles/67433 - 40k - Cached - Similar pages

#### American Chronicle | Prison Riots Are Reactions To Abuse
Sep 26, 2005 ... Photo Caption: **Eric K'napp** has been literally tortured in California's prisons
for exercising his First Amendment rights. ...
www.americanchronicle.com/articles/2594 - 46k - Cached - Similar pages
More results from www.americanchronicle.com »

### WEBCommentary(tm) - Paralegal **Eric K'napp** Denied Medically ...
Jul 10, 2008 ... WEBCommentary provides information and commentaries on politics, culture,
environment, global warming, health.
www.webcommentary.com/asp/ShowArticle.asp?id=birdbc&date=080710 - 19k - 22 hours
ago - Cached - Similar pages

### Jailhouse Lawyer Denied Medical Appliance to Block his Lawsuits
**Eric K'napp** is at this very moment being tormented, blocked and denied his right to answer
an important lawsuit that he filed over similar treatment at CSP ...
www.opednews.com/articles/2/Jailhouse-Lawyer-Denied-Me-by-Dr--B--Cayenne-Bir-080707-
179.html - 45k - Cached - Similar pages

### Lancaster Protest Pictures
Bird's son **Eric K'napp** was tortured at CSP-LAC for one year in an ... The sign Bird is
holding says "**Eric K'napp** tortured here for filing complaints. ...
www.1union1.com/Lancaster_protest_pictures.html - 16k - Cached - Similar pages

### High Price For Integrity : Indybay
Jun 19, 2008 ... Recently **Eric K'napp** won a habeas corpus over visiting room violations
taking place on the B yard at Salinas Valley Prison. ...
www.indybay.org/newsitems/2008/06/19/18508902.php?show_comments=1 - 71k -



Cached - Similar pages

**News Perspective | California | Helping you understand today's ...**
Paralegal **Eric K'napp** Denied Medically-Mandated Appliance by ... American Chronicle, CA -
Jul 6, 2008 It's ironic that the lawsuit that **Eric** K'napp needs to ...
www.california.newsperspective.us/california-city/lancaster - 34k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10    **Next**

---

Eric K'napp                              Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Subj:    **Appeal to Ken Hurdle W/Address & CDC number**
Date:    8/6/2008 3:38:48 P.M. Pacific Daylight Time
From:    Rightor1
To:      Ken.Hurdle@cdcr.ca.gov, Joe.Sahagun@cdcr.ca.gov, dthompson@ap.org,
         rita.williams@ktvu.com, mark.arax@sbcglobal.net, dbarney@thereporter.com, Robbastian,
         mmlegal@sbcglobal.net, silvrfox@fidalgo.net, NATKNAPP@YAHOO.COM


Dear Ken Hurdle:


Eric K'napp has been denied his medically-necessary and mandated typewriter for nearly seven weeks now, a
clear violation of the Armstrong case ruling.

Last week he was finally moved to Jamestown, Sierra Conservation Center WITHOUT HIS PROPERTY.  I
called Salinas Valley R & R about his 14 boxes of irreplaceable legal documents and CO Perez verified that
they STILL HAVE NOT BEEN SHIPPED TO JAMESTOWN.

Further, CO Perez says that no bus is going this week and he has no idea if one is going next week or the next
week. CO Perez has no idea WHEN the boxes will be shipped

Eric has life and death legal deadlines, has not had access to a properly set up legal library (violation of
Gilmore) in ad seg at Salinas Valley and still has no access to one at Jamestown. No medically mandated
typewriter, no legal files and his life on the line. What a mess, to say the least

CO Perez told me to call back and ask Sgt. Janssen if it is possible for me to pay to have the critical boxes
shipped to Eric until waiting until hell freezes over to have them shipped by bus. I called back at 3:15 pm and
the phone rang about 50 times and there is no answer.

What can be done to get these critical documents to Eric. I will pay for postage, my God, the boy's life is on the
line with a rare chance on criminal habeas to be heard.

What can you, Ken Hurdle, do to get him out of the ridiculous isolation process, into a properly set up legal
library, accessing a typewriter and his documents in hand so that he can have a prayer to defend himself.

My previous request to Sara Malone, whom I was told is the ombudsman for Salinas Valley was ignored. I
telephoned her and left detailed messages.

After all these years, there needs to be a place to go for help, do you not agree Mr. Hurdle?

I will pay for the shipping - will that work to get the 14 boxes to Eric.

Everyone is copied because I am working on an editorial series and this is just another leg of an incredible,
nightmarish saga that I am documenting several places.  This is my first appeal to you but I understand Natalie
Knapp has appealed to you about this situation several times. Just so you know in the event you actually took
action on her appeal, as of this hour the property is still there.

Meanwhile, the sands of the hourglass on Eric's legal cases are running out.

Rev. B. Cayenne Bird
916-924-3053

Eric's cell number at Sierra Conservation Center is 3T-235L


His CDC # is J10618

Shipping First Class is the best option ASAP

His counselor is Mr. Thompson, seems like a nice man, never heard of Americans with Disabilities Act.

verifies that Eric is still in Processing and cut off from everything

Subj:   **Out of Office AutoReply: Appeal to Ken Hurdle W/Address & CDC number**
Date:   8/6/2008 3:46:28 P.M. Pacific Daylight Time
From:   Ken.Hurdle@cdcr.ca.gov
To:     Rightor1@aol.com

July 26-August 10, I will be on vacation.  Please contact Sara Malone at 916 327-8467 or
Sara.Malone@cdcr.ca.gov.
Ken Hurdle

---

**From:** Rightor1@aol.com <rightor1@aol.com>
**To:** Malone, Sara; Hurdle, Ken; Joe.Sahagun@cdcr.ca.gov <joe.sahagun@cdcr.ca.gov>; dthompson@ap.org
<dthompson@ap.org>; rita.williams@ktvu.com <rita.williams@ktvu.com>; mark.arax@sbcglobal.net
<mark.arax@sbcglobal.net>; dbarney@thereporter.com <dbarney@thereporter.com>; Robbastian@aol.com
<robbastian@aol.com>; mmlegal@sbcglobal.net <mmlegal@sbcglobal.net>; silvrfox@fidalgo.net
<silvrfox@fidalgo.net>; NATKNAPP@YAHOO.COM <natknapp@yahoo.com>
**Sent:** Wed Aug 06 15:55:26 2008
**Subject:** How very typical - Ken Hurdle is on vaction until August 10

|        |        |
|--------|--------|
| Subject: | Out of Office AutoReply: Appeal to Ken Hurdle W/Address & CDC number |
| Date:  | 8/6/2008 3:46:28 P.M. Pacific Daylight Time |
| From:  | Ken.Hurdle@cdcr.ca.gov |
| To:    | Rightor1@aol.com |

Sent from the Internet (Details)

July 26-August 10, I will be on vacation.  Please contact Sara Malone at 916 327-8467 or
Sara.Malone@cdcr.ca.gov.
Ken Hurdle

---

Dear Sara Malone:

I telephoned you several times and never received a response from you.  I need assistance in this matter. What
will you do to get Eric K'napp's  property to him?  This unbearable incompetence is blocking his access to the
courts.  Are you even a real person or just a voice on the message machine?

Rev. B. Cayenne Bird
916-924-3053

Subj:   **Re: How very typical - Ken Hurdle is on vaction until August 10**
Date:   8/6/2008 7:31:08 P.M. Pacific Daylight Time
From:   Sara.Malone@cdcr.ca.gov
To:     Rightor1@aol.com, Ken.Hurdle@cdcr.ca.gov, Joe.Sahagun@cdcr.ca.gov, dthompson@ap.org,
        rita.williams@ktvu.com, mark.arax@sbcglobal.net, dbarney@thereporter.com,
        Robbastian@aol.com, mmlegal@sbcglobal.net, silvrfox@fidalgo.net, NATKNAPP@YAHOO.COM

I apologize if you feel I have been unresponsive- yet I have never received a phone call from you. I keep all my
phone logs and your name is not in my database. What number have you called?



**From:** Rightor1@aol.com <rightor1@aol.com>
**To:** Malone, Sara; Hurdle, Ken; Joe.Sahagun@cdcr.ca.gov <joe.sahagun@cdcr.ca.gov>; dthompson@ap.org <dthompson@ap.org>; rita.williams@ktvu.com <rita.williams@ktvu.com>; mark.arax@sbcglobal.net <mark.arax@sbcglobal.net>; dbarney@thereporter.com <dbarney@thereporter.com>; Robbastian@aol.com <robbastian@aol.com>; mmlegal@sbcglobal.net <mmlegal@sbcglobal.net>; silvrfox@fidalgo.net <silvrfox@fidalgo.net>; NATKNAPP@YAHOO.COM <natknapp@yahoo.com>
**Sent:** Wed Aug 06 22:04:05 2008
**Subject:** Re: How very typical - Ken Hurdle is on vaction until August 10

Dear Sara Malone:

Thank you for your prompt response. Your voice answered the phone, which leads me to believe it was your phone number, which I have on my telephone bill and will be glad to scan and post it if you like. Perhaps your message machine is malfunctioning.

By the way, this individual Joe Sahagun is also listed on the CDCr website as the Salinas Valley Ombudsman and his mail comes back undeliverable. Is he gone? If so maybe someone needs to update the web site?

Joe.Sahagun@cdcr.ca.gov,

Now that I have your attention, Ms. Malone, finally, here in the eleventh hour, what can be done to get Eric K'napp's 14 boxes of legal documents and his medically-necessary typewriter to him at Jamestown where he has been for a week right away? As I said, since nobody has a clue when a bus is going to Jamestown, I would be happy to pay for them to be sent first class right away, rather than watch him miss court dates of life and death importance.

Is that possible?

Rev. B. Cayenne Bird


**Subj:** **Re: How very typical - Ken Hurdle is on vaction until August 10**
**Date:** 8/7/2008 9:10:56 A.M. Pacific Daylight Time
**From:** Sara.Malone@cdcr.ca.gov
**To:** Rightor1@aol.com, Ken.Hurdle@cdcr.ca.gov, Joe.Sahagun@cdcr.ca.gov, dthompson@ap.org, rita.williams@ktvu.com, mark.arax@sbcglobal.net, dbarney@thereporter.com, Robbastian@aol.com, mmlegal@sbcglobal.net, silvrfox@fidalgo.net, NATKNAPP@YAHOO.COM

It is unnecessary to scan call but if you could let me know the number you have called and what name you left on message? Now to matters at hand ... I will contact SVSP to find the status of the legal and other property. A new ombudsman will start on Monday for SVSP and we will update the site then. What number can I reach you at today?


**From:** Rightor1@aol.com <rightor1@aol.com>
**To:** Malone, Sara; Hurdle, Ken; Joe.Sahagun@cdcr.ca.gov <joe.sahagun@cdcr.ca.gov>; dthompson@ap.org <dthompson@ap.org>; rita.williams@ktvu.com <rita.williams@ktvu.com>; mark.arax@sbcglobal.net <mark.arax@sbcglobal.net>; dbarney@thereporter.com <dbarney@thereporter.com>; Robbastian@aol.com <robbastian@aol.com>; mmlegal@sbcglobal.net <mmlegal@sbcglobal.net>; silvrfox@fidalgo.net <silvrfox@fidalgo.net>; NATKNAPP@YAHOO.COM <natknapp@yahoo.com>
**Sent:** Thu Aug 07 09:13:06 2008
**Subject:** Re: How very typical - Ken Hurdle is on vaction until August 10

916-924-3053 up to 3 pm

Subj: Re: How very typical - Ken Hurdle is on vaction until August 10 Page 23 of 36
Date: 8/7/2008 10:50:34 A.M. Pacific Daylight Time
From: Sara.Malone@cdcr.ca.gov
To: Rightor1@aol.com, Ken.Hurdle@cdcr.ca.gov, Joe.Sahagun@cdcr.ca.gov, dthompson@ap.org, rita.williams@ktvu.com, mark.arax@sbcglobal.net, dbarney@thereporter.com, Robbastian@aol.com, mmlegal@sbcglobal.net, silvrfox@fidalgo.net, NATKNAPP@YAHOO.COM

I will probably not have an answer until tomorrow and will return your call then. Will you be available at the same number?

**From:** Rightor1@aol.com <rightor1@aol.com>
**To:** Malone, Sara; Hurdle, Ken; Joe.Sahagun@cdcr.ca.gov <joe.sahagun@cdcr.ca.gov>; dthompson@ap.org <dthompson@ap.org>; rita.williams@ktvu.com <rita.williams@ktvu.com>; mark.arax@sbcglobal.net <mark.arax@sbcglobal.net>; dbarney@thereporter.com <dbarney@thereporter.com>; Robbastian@aol.com <robbastian@aol.com>; mmlegal@sbcglobal.net <mmlegal@sbcglobal.net>; silvrfox@fidalgo.net <silvrfox@fidalgo.net>; NATKNAPP@YAHOO.COM <natknapp@yahoo.com>
**Sent:** Thu Aug 07 11:47:12 2008
**Subject:** Re: How very typical - Ken Hurdle is on vaction until August 10

yes same number Sgt Janssen in R and R has heard about it from CO Perez whom I spoke with yesterday - shouldn't require starting from scratch

every day is precious

Subj: **Re: How very typical - Ken Hurdle is on vaction until August 10**
Date: 8/7/2008 11:51:49 A.M. Pacific Daylight Time
From: Sara.Malone@cdcr.ca.gov
To: Rightor1@aol.com

Sounds good _ thx!

**From:** Rightor1@aol.com [mailto:Rightor1@aol.com]
**Sent:** Friday, August 08, 2008 1:00 PM
**To:** Malone, Sara
**Subject:** Re: Sara Malone

I was hoping those boxes would be en route by today

Janssen could just mail them out according to CO Perez if he wanted to

wasn't an usual request from what I could gather.

Subj: **RE: Sara Malone**
Date: 8/8/2008 1:53:57 P.M. Pacific Daylight Time
From: Sara.Malone@cdcr.ca.gov
To: Rightor1@aol.com

The boxes were shipped yesterday via a transportation bus which will arrive at SCC on Monday. We have the litigation coordinator at SCC on notice to provide Eric with his legal work as soon as it arrives.

*Sara Malone*
*Ombudsman 's Office*
*California Department of Corrections and Rehabilitation*
*916-327-8467*
*Fax 916-324-8263*

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SVSP | N/A | 18. ADA |

ADA: wants typewriter in A
NON-ADA: Wants Release from ASU
This 1824 will address typewriter
issue only the Non-ADA issue—See 602

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Eric Knapp | J10618 | | | D1-207  6/23/08 |

CC II
E. Medina

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/Institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

RECEIVED JUN 2 3 2008

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY: "Pt. Knapps medical condition precludes him from writing with pen or pencil. Pt. Knapp can use typewriter." (see, CDC 7410 dated 3/07, also dated 5/08.) very painful to write with pen or pencil due to finger abnormality.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY? CDC-7410s dated 3/07, 5/08

DESCRIBE THE PROBLEM: Since 6/14/08, suffering violation(s) of at least 5 U.S. Constitution's 1st Amendment (court access, equal/effective/free communication/expression, association/communication thru mail, etc.), 8th Amendment (cruel/unusual punishment, deliberate indifference to medical conditions/needs, etc.), and 14th Amendment (Due process, Equal Protection, etc.), because in ad-seg for nondisciplinary reasons with (1) poor or civil cases pending in federal courts, a 30-day pending deadlines and others, coming to report file, extensive legal docs, need/desire to communicate with family/friends, no access to personal or SVSP typewriter and as adseg, I am so forced to either waive right(s) to engage in exercise of such constitutionally guaranteed/protected activities or else pursue with pen/pencil and as a result suffer excruciating physical pain and mental anguish that no other prisoner(s) must suffer to participate in those same activities.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? Please (1) allow me my personal typewriter as a medically necessary appliance while I'm in ad-seg; (2) release me from ad-seg to GP/status or CTQ status somewhere immediately and/or (3) transfer me from SVSP to where I can do the above without needing to be in ad-seg.

INMATE/PAROLEE'S SIGNATURE

DATE SIGNED  6/18/08

105

## INMATE / PAROLEE APPEAL SCREENING FORM

CDCR-695

INMATE: __K napp__     CDC#: __J-10618__     CDC HOUSING: __D1-207__

**THIS IS NOT AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.**

### PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS.

| | |
|---|---|
| ☐ Action Sought Under BPH Jurisdiction | ☐ Incomplete Appeal - Documents Not Attached |
| ☐ Action Sought Under Sentencing Court Jurisdiction | ☐ Incomplete 602 - Complete Next Appropriate Section |
| ☐ Action/Decision Not Taken by CDCR | ☐ Incomplete 602 - Sign and Date Appropriate Section |
| ☐ Appeal Issue & Reasonable Accommodation Not 1824 | ☐ Incomplete Disciplinary Appeal - Missing Documents |
| ☐ Appeal Matter to VCGCB | ☐ Incomplete Property Appeal - Missing Documents |
| ☐ Appeal Previously Received and In Progress | ☐ Limit of One Continuation Page May Be Attached |
| ☐ Appeal Process Abuse - Failure to Cooperate | ☐ May Submit One (1) Non-Emergency Appeal Per Week |
| ☐ Appeal Process Abuse - False Information/Profanity | ☐ No Adverse Effect Demonstrated |
| ☐ Appeal Process Abuse - Pointless Verbiage | ☐ No Attempt to Resolve at Informal Level |
| ☐ Appealing an Action Not Yet Taken | ☐ Not a Request Form; Use CDC Form 7362 |
| ☐ Attempting to Change Original Appeal Issue | ☐ Not Authorized to Bypass Any Level |
| ☐ Cannot Submit on Behalf of Another Inmate | ☐ Only Supporting Documentation Shall Be Attached |
| ☐ Complete at Second Level; Complete Section H (DLR) | ☐ Request For Interview; Not an Appeal |
| ☐ Do Not Combine Staff Complaints With Other Issues | ☐ Requested Appeal Withdrawn |
| ☐ DRB Decisions Are Not Appealable | ☐ Requested Action Already Taken |
| ☒ Duplicate Appeal - Same Issue | ☐ Submit Issue to Assigned Parole Office |
| ☐ Failed to Provide Necessary Copies of Chrono(s) | ☐ Time Constraints Not Met |

### PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS.

#### PLEASE ATTACH AS NOTED BELOW:

| | |
|---|---|
| ☐ CDC 115/Hearing Officer's Results | ☐ CDC 128C Medical Chrono |
| ☐ CDC 115 with IE/DA Information | ☐ CDC 1819 Denied Publications |
| ☐ Supplemental Records to CDC 115 | ☐ CDC 128 A |
| ☐ CDC 1030 Confidential Disclosure | ☐ CDC 128 B |
| ☐ CDC 114D Lockup Order | ☐ CDC 128 G CSR Endorsement Chrono |
| ☐ CDC 128G ICC/UCC | ☐ Receipts |
| ☐ Trust Account Statement | ☐ See Comments Below |

**Comments:** You may write on back of this form to clarify or respond to the above. ADA Appeal split/ ADA issue only Typewriter request.

08-02768    currently at FLR

RET'D JUN 2 4 2008

E. Medina Counselor II
Appeals Coordinator
Salinas Valley State Prison

Received 6/24/08 E.VM

6/23/08
Date

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – **DO NOT WRITE ANY MORE ON THE APPEAL ITSELF.** Please return this form to the Appeals Coordinator with the necessary information attached.

### PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

STATE OF CALIFORNIA

*EMERGENCY PROCESSING REQUESTED*

DEPARTMENT OF CORRECTION

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category 5

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has significant adverse affect upon you. With the exception of Serious 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeal Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME _____ NUMBER J-06018 ASSIGNMENT A5L UNIT/ROOM NUMBER D-207

A. Discuss problem _____

[heavily obscured handwritten text]

If you need more space, attach one additional sheet.

B. Action requested: _____

[heavily obscured handwritten text]

Inmate/Parolee Signature _____ Date Submitted 6/13/08

C. INFORMAL LEVEL (Date Received) _____

Staff Response: _____

DELAYED JUNE 30 2008

Staff Signature: _____ Date Returned to Inmate _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control Form BC-1E, Inmate Claim

CDC Appeal Number:
_____

## INMATE / PAROLEE APPEAL SCREENING FORM

CDCR-695

INMATE: _Knapp_    CDC#: _J-10618_    CDC HOUSING: _D1-207_

THIS IS NOT AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED
BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS.

- [ ] Action Sought Under BPH Jurisdiction
- [ ] Action Sought Under Sentencing Court Jurisdiction
- [ ] Action/Decision Not Taken by CDCR
- [ ] Appeal Issue & Reasonable Accommodation Not 1824
- [ ] Appeal Matter to VCGCB
- [ ] Appeal Previously Received and In Progress
- [ ] Appeal Process Abuse - Failure to Cooperate
- [ ] Appeal Process Abuse - False Information/Profanity
- [ ] Appeal Process Abuse - Pointless Verbiage
- [ ] Appealing an Action Not Yet Taken
- [ ] Attempting to Change Original Appeal Issue
- [ ] Cannot Submit on Behalf of Another Inmate
- [ ] Complete at Second Level; Complete Section H (DLR)
- [ ] Do Not Combine Staff Complaints With Other Issues
- [ ] DRB Decisions Are Not Appealable
- [x] Duplicate Appeal - Same Issue
- [ ] Failed to Provide Necessary Copies of Chrono(s)

- [ ] Incomplete Appeal - Documents Not Attached
- [ ] Incomplete 602 - Complete Next Appropriate Section
- [ ] Incomplete 602 - Sign and Date Appropriate Section
- [ ] Incomplete Disciplinary Appeal - Missing Documents
- [ ] Incomplete Property Appeal - Missing Documents
- [ ] Limit of One Continuation Page May Be Attached
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] No Adverse Effect Demonstrated
- [ ] No Attempt to Resolve at Informal Level
- [ ] Not a Request Form; Use CDC Form 7362
- [ ] Not Authorized to Bypass Any Level
- [ ] Only Supporting Documentation Shall Be Attached
- [ ] Request For Interview; Not an Appeal
- [ ] Requested Appeal Withdrawn
- [ ] Requested Action Already Taken
- [ ] Submit Issue to Assigned Parole Office
- [ ] Time Constraints Not Met

### PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS.

### PLEASE ATTACH AS NOTED BELOW:

- [ ] CDC 115/Hearing Officer's Results
- [ ] CDC 115 with IE/DA Information
- [ ] Supplemental Records to CDC 115
- [ ] CDC 1030 Confidential Disclosure
- [ ] CDC 114D Lockup Order
- [ ] CDC 128G ICC/UCC
- [ ] Trust Account Statement

- [ ] CDC 128C Medical Chrono
- [ ] CDC 1819 Denied Publications
- [ ] CDC 128 A
- [ ] CDC 128 B
- [ ] CDC 128 G CSR Endorsement Chrono
- [ ] Receipts
- [ ] See Comments Below

**Comments:** You may write on back of this form to clarify or respond to the above. 6/14/08  typewriter release from ASU

08-2930 , 08-2929 ? OE2768 .

Received 7/2/08

E. Medina Counselor II    6/24/08
Appeals Coordinator    Date
Salinas Valley State Prison

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an
explanation on a separate piece of paper, or use the back of this screen out – **DO NOT WRITE ANY MORE
ON THE APPEAL ITSELF.** Please return this form to the Appeals Coordinator with the necessary
information attached.

### PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region          Log No.          Category

1. _____    1. _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

*Non-Expand. pop rest. ASU*

| NAME K'nAPP | NUMBER J00HB | ASSIGNMENT | UNIT/ROOM NUMBER D1-207 |

A. Describe Problem: EMERGENCY appeal per LTR 8 5009.7(w): Appellant suffering irreparable injury" in violation of his lights under ADA (Title II) and Amendment I to U.S. Constitution. (See Calif. v. York County (9th Cir. 1997) 158 F. 3d 1136, 1148 [" the loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury"], quoting Elrod v. Burns (1976) 427 U.S. 347, 373.)

Since 6/14/08 SUSP has been preventing, hindering and impeding Appellant's ability as a physically disabled prisoner to freely, equally and effectively express himself in writing, correspond with loved ones on & both in and start the outside prison, and meet deadlines, conduct

If you need more space, attach one additional sheet.          RECD JUL 08 2008          Continues →

B. Action Requested: Allow Appellant his medically necessary personal typewriter as Health Care Appliance in order per Amendment to I, IV, VII, and XIV to U.S. Constitution; Title II of ADA; LSCCR section 3085, 5130, 3160(a), 3164(a) 3.3.5.06(c)(1,2) and 3278; DOM 54100.38, 54030.1, 54030.11.1, 54030.13.2; and Penal Code 2653 (b). Also allow access to updated/complete Gilmore law library collection.

Inmate/Parolee Signature: Eric Q K'm          DELIVERED JUL 30 2008          Date Submitted: 7/2/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

research and otherwise litigate pending court cases by depriving him of his medically necessary personal typewriter as Health Care Appliance in ad-seg despite already-written/-known "medical condition that **PRECLUDES** him from using pen or pencil for writing" (see, CDC 7410 dated 3/07, cf. CDC 7410 dated 5/08: "**NO** use of pen or pencil but can use typewriter.")

Moreover, on 6/08/08, SVSP A/V GROUNDS told Appellant he can use ad-seg law library's typewriter but **ONLY** once per week for **JUST** two hours ~~INSTEAD OF~~ conducting necessary legal research. (Yet on 7/8/08 staff in ad-seg law library told Appellant **NO** typewriter access.)

Further, the ad-seg law library **INADEQUATE** ~~SUPPLIED~~ and otherwise in violation of <u>Gilmore</u>, particularly to extent that Appellant has no physical access to updated <u>Gilmore</u> collection nor is there even an Index or Table of contents thereto which Appellant can look to for identifying/requesting needed cases/information.

Hence SVSP/CDCR violating Appellant's ADA/constitutional rights by excluding him from and denying him the **SAME** opportunities and **EQUAL** ability that all other ad-seg prisoners are afforded in being able to freely, effectively, and **PRIVATELY** express themselves in writing whenever they want correspond with loved ones and others both in and out of prison when needed/desired and enjoy meaningful/unimpeded access to courts with researched legal documents prepared per developmental writing process of outlining, drafting, revising/editing to produce adequate final versions, now vested.

**EMERGENCY PROCEEDING** therefore ~~warranted~~ ~~corrected~~ because Appellant already 2+ weeks into ~~the~~ 30-day filing deadline in one case which he has been unable to do **ANY** work/research/"writing" toward meeting since getting them on 6/16/08, and he has ~~another~~ deadline of 7/17/08 that he's also being prevented from doing anything to meet. Thus the emergency procedure at NCCR 3084.7(a)(2)(B) is the most efficient and effective means of addressing/resolving this problem and protecting Appellant from suffering even **MORE** irreparable injury than he already has been since 6/14/08. (Bypass 1st level, 2nd level within 5 working days, fax to IAB for 3rd level to be completed within 5 working days.)

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

July 3, 2008          *7-18-08*

*Received 7/17/08 E.VM*

*DUPLICATE D1-207*

K'NAPP, J10618
D1/207

*Received back again on 7/30/08 E.VM*

Log Number: SVSP-D-
(Note: Log numbers are not assigned to screen out appeals or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).*

*DUPLICATE OF ADA APEPAL 08-2768 AND OF APPEAL 08-2648.*

*You have already submitted appeals that are pending response for the issues in the attached appeal dated 07/02/08, regarding your request to be issued your typewriter and request for updated law library.*

*Mr. VARIZ —*
*Appeals 08-2648 and 08-2768, the latter of which I withdrew as moot do NOT address typewriter issuance in ad-seg or inadequacy of ad-seg law library! Thus, your erroneous rejection and delayed return of this EMERGCY appeal has now prevented me from meeting the 7/17/08 filing deadline I reported therein as well as from doing anything toward meeting the other reported dead-line I have of 7/24/08 and thus of only is working days to resubmit SVSP appeals 08-2757 and 08-2648 for further review, please process as emergency w/o further delay and stop forcing me to suffer the _____ pain of writing with pen in deliberate indifference of my known disability. Thank you.*
*E.Knapp J10618 D1-207*

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

*12-page motion for time extension accompanies*

DELIVERED JUL 1 6 2008

Appeals Coordinator
Salinas Valley State Prison

PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

*Please assign to SVSP Receiving & Release for promptest action.*

STATE OF CALIFORNIA                                                                                DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SVSP D 100 | 27608 | 18. ADA |

*mod applmce - repair*
*CAOPS - 1st*

N/A

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered
under the Americans With Disabilities Act.

*Has inmate assistance/word processor malfunctioning needs return to vendor*    6/12/08 *cca ely*
                                                                                                         *med inc*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Eric C.R. K'nAPP | J-10618 | | | B4-208 (Low) |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability
shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or
programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable
you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise
qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered
within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form
constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F"
of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision
rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on
the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**    RECD JUN 1 8 2008

DESCRIPTION OF DISABILITY:

Inability to write painlessly with pen or pencil (typewriter only).

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?    See accompanying CDCr form 7410 dated 5/12/08.

DESCRIBE THE PROBLEM: Appellant's medically necessary, word-processing, personal typewriter is malfunctioning
under warranty as set forth in accompanying letter to manufacturer (SmithCorona) dated 4/1/08. (See, Attachments
p. 002.) Appellant therefore needs to return his typewriter for SmithCorona to repair as soon as possible per
accompanying letter from SmithCorona dated 5/15/08 (see, Attachments p. 003; see also, pp. 004 and 005 [showing
SmithCorona's reimbursement of SVSP's past such shipping costs]). However, Appellant cannot afford to be without
a word-processing typewriter because he has 6 active court cases and at least 8 active administrative actions in
which he needs to be able to not only "write down" but also edit the many related documents that he must always
first draft out before printing final versions.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? Please (1) facilitate getting Appellant's
typewriter promptly shipped back to SmithCorona and (2) temporarily loan a typewriter to Appellant per the
accompanying chrono dated 3/26/07 (See, Attachments p. 006), but one that has word-processing capabilities
rather than one without like the Brother ML-100 that Appellant previously ended up having to endure using for a
month in 2007. (It is just too physically and mentally difficult for Appellant to create typed communications
without being able to first draft and edit them using a typewriter's keyboard and internal text storage space.)

INMATE/PAROLEE'S SIGNATURE                                    DATE SIGNED    6/11    RECD JUL 07 2008

Eric C.R. K'nAPP (#J10618)
B4-208 (Low), S.V.S.P.

M E M O R A N D U M

Date   :  May __11__ , 2008

To     :  CC-II **Eloy MEDINA**, Appeals Coordinator
          Salinas Valley State Prison

Subject:  ONGOING OBSTRUCTION OF ADMINISTRATIVE GRIEVANCES

You sure have been coming up with a lot of unauthorized reasons for arbitrarily and capriciously rejecting my and other prisoners' administrative grievances lately, which is one of the reasons I mailed to you on 4/3/08 the Notice of Lawsuit and Request for Waiver of Service of Summons in K'nAPP v. Tilton, et al. (N.D. Cal.) No. CV 08 0719 JSW, wherein you are named as a defendant for thus similarly violating my rights under the U.S. Constitution's First and Fourteenth Amendments during the year 2007.

Now, as a result of you arbitrarily and capriciously further obstructing my grievances lately, and thereby impeding my access to the courts with what seems to be the full consent of Warden EVANS and certain officials such as Nancy GRANNIS at the CDCr's Inmate Appeals Branch, I am going to have to amend my complaint in K'nAPP v. Tilton not only to include such further law and rights violations but also to allege that you have been and still are being caused and/or allowed to arbitrarily and capriciously obstruct my and other prisoners' administrative grievances in contravention to the CDCr's established grievance procedures and promulgated regulations because there exists an unlawful custom and/or policy of CDCr personnel thus obstructing prisoners' grievances as caused and/or allowed under the authority of the CDCr Secretary, the Director of the CDC'r Adult Operations, the Chief of the CDCr's Inmate Appeals Branch, the SVSP warden, the SVSP chief deputy warden, the SVSP associate warden or correctional administrator in charge of Central Operations (i.e., the Inmate Appeals Office), etc.

Regretfully,

Eric CR K'np

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location:   Institution/Parole Region          Log No.                    Category

1. SVSP  B  08          1. 02777          7

2. _____          2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

*Staff Complaints: Medina Variz*

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Eric C.R. K'nAPP | J-10618 | | B4-208 (Low) |

A. Describe Problem:      As follows, there has been and is an ongoing and pervasive policy, custom, culture, and otherwise overall condition - being caused and/or allowed by and/or under the authority of the CDCr's Agency Secretary, Agency Undersecretary, Chief Deputy Secretary of Adult Operations, Director of the Adult Institutions Division, Deputy Director of the Adult Institutions Division, Associate Directors of the Adult Institutions Division, Chief of the Inmate Appeals Branch, and Warden, Chief Deputy Warden, Associate Wardens, and Correctional Administrators of Salinas Valley State Prison — whereby CDCr personnel at SVSP, especially Appeals Coordinators Eloy MEDINA and T. VARIZ, routinely violate state law, 18 U.S.C. §§ 241

If you need more space, attach one additional sheet.                                        Continues...—>

B. Action Requested: However the CDCr cares to address this appeal is fine with Appellant, for the problem described herein at § A is merely being administratively exhausted now for civil litigation purposes only.

Inmate/Parolee Signature _____      Date Submitted: 6/11/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____      Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____      Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

Eric C.R. K'nAPP (#J10618)
Facility "B", S.V.S.P.

## C O N T I N U A T I O N   P A G E

### A. Describe Problem (Cont.)

and 242, 42 U.S.C. § 1985, the Rehabilitation Act at 29 U.S.C. § 794, Titles I and II of the Americans with Disabilities Act at 42 U.S.C. §§ 12101 et seq. and 12131 et seq., and the U.S. Constitution's First, Eighth, and Fourteenth Amendments by arbitrarily and capriciously hindering Appellant's ability to enjoy meaningful and unimpeded access to the courts pursuant to and in accordance with the CDCr's administrative grievance procedures and promulgated regulations, thus frequently making Appellant's administrative remedies through the CDCr's prisoner grievance system much too frustrating, cumbersome, impractical, and otherwise ineffective, often to the point of being essentially unavailable and/or meaningless:

1. Since Appellant's arrival at SVSP, Appeals Coordinators MEDINA and VARIZ have repeatedly violated at least the Rehabilitation Act, the ADA, the Armstrong Remedial Plan (rev. 1/3/01), California Penal Code § 832.5, 15CCR §§ 3084.1, 3084.3, 3084.7, 3085, and 3391, DOM §§ 54100.4, 54100.8, 54100.8.1, 54100.25 et seq., and 54100.32 et seq., and the CDCr's Administrative Bulletin #05-03 by arbitrarily and capriciously refusing or otherwise failing to properly screen, categorize, and assign Appellant's administrative grievances, including but not limited to those submitted Appellant as staff complaints, ADA accommodation requests and discrimination complaints, emergency appeals, and complaints listing more than one mere example of systemic problems that collectively demonstrate singular conditions, policies, customs, and/or cultures of/at SVSP and/or the CDCr.

2. MEDINA and VARIZ have repeatedly violated 15CCR §§ 3084.3, 3084.6, and DOM § 54100.9 by refusing or otherwise failing to assign Appellant's administrative grievances within five working days of receiving them at the SVSP Appeals Office.

3. MEDINA and VARIZ have repeatedly violated 15CCR § 3084.3(c) and DOM §§ 54100.8 and 54100.8.1 by arbitrarily and capriciously rejecting Appellant's grievances and returning them to him unassigned for reasons **not** authorized by statute.

4. MEDINA, VARIZ, and numerous other CDCr personnel both at SVSP and at CDCr Headquarters in Sacramento have repeatedly violated 15CCR § 3084.5(e) and DOM § 54100.13 by causing and/or allowing the review of Appellant's administrative grievances to be performed by staff members who participated in events and circumstances being appealed and are of lower administrative rank than other involved staff and those who participated in reviewing Appellant's grievances at lower levels.

5. MEDINA, VARIZ, and numerous other CDCr personnel at SVSP have repeatedly used the personal interview requirement of 15CCR § 3084.5(f) to coerce, menace, and/or otherwise exert undue influence over Appellant to make him withdraw administrative grievances.

6. MEDINA and VARIZ have repeatedly violated 15CCR § 3084.6(b) and DOM § 54100.12 by refusing or otherwise failing to get administrative grievances and assigned responses back to Appellant within statutorily fixed time limits.

7. MEDINA and VARIZ have repeatedly violated 15CCR § 3084.6(b)(6) and DOM § 54100.12 by refusing or otherwise failing to provide Appellant with the statutorily mandated notice of assigned grievance responses' delays and estimated completion dates.

8. MEDINA and VARIZ have repeatedly delayed, impeded, and/or otherwise obstructed the processing and review of Appellant's adminstrative grievances, including but not limited to the following: ADA appeal dated 1/10/06; B06 0741; B06 1103; B06 1390; B06 2269; B06 3098; staff misconduct complaint dated 7/9/06; B07 0379; B07 1003; B07 1543; B07 2968; B07 4484; B07 5388; B08 0004; staff misconduct complaint dated 1/9/08; B08 0273; B08 0848; appeal dated 3/18/08 for appropriate means to wash personal clothing; appeal dated 4/1/08 for overdue records from Trust Account; B08 1257; B08 2084; B08 2157;    appeal dated 5/6/08 of adverse written decision by warden to allow arbitrary and capricious obstruction of B08 0848; B08 1735; B08 0645;

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE K'NAPP, J10618                         Date: June 24, 2008
Current Housing: B4/208

From: **INMATE APPEALS OFFICE**

Re: APPEAL LOG NUMBER: SVSP-B-08-02777

ASSIGNED STAFF REVIEWER: **OPS**
APPEAL ISSUE: STAFF COMPLAINTS

## DUE DATE: 07/24/2008

Inmate K'NAPP, this acts as a notice to you that your appeal has been sent to the
above staff for FIRST level response. If you have any questions, contact the
above staff member. If dissatisfied, you have 15 days from the receipt of the
response to forward your appeal for SECOND level review.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

Received
6/27/08
E.M

DECLARED PROOF OF FILING AND/OR SERVICE BY UNITED STATES MAIL

Case Name: **K'nAPP v. TILTON, et al.**; Case No.: **3:08-cv-00719-JSW**

I, Eric K'nAPP, Plaintiff in the above action, declare under penalty of perjury that by doing the following in accordance with the Prison Mailbox Rule I filed and/or served the accompanying:

> NOTIFICATION OF PLAINTIFF'S NEW ADDRESS;
> MOTION FOR ENLARGEMENT OF TIME AND FOR
> RELATED INJUNCTIVE RELIEF SO PLAINTIFF CAN
> MEET PRESENT AND/OR FUTURE CASE DEADLINES:

1. I put the original and one copy of the above document inside an envelope addressed to the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, 94102-3483;

3. I presented the above-addressed envelope(s) to a correctional officer at the Sierra Conservation Center, who then took possession thereof for processing presumably in accordance with prison mail procedures.

Executed this 15th day of August, 2008, at Jamestown, California.

_____
ERIC CHARLES RODNEY K'nAPP