IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY K'NAPP,<br><br>Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al,<br><br>Defendants. | No. C 08-0719 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Docket Nos. 22, 23) |

Good cause appearing, Plaintiff's motions seeking an extension of time are GRANTED (docket nos. 22, 23). Plaintiff is now provided a thirty day extension of time in which to file his amended complaint.

IT IS SO ORDERED.

DATED: August 3, 2009

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ERIC C R KNAPP et al, | Case Number: CV08-00719 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JAMES TILTON et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Charles Rodney Knapp
J-10618
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: August 3, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk