IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY K'NAPP,       )     No. C 08-0719 JSW (PR)
                                  )
               Plaintiff,         )
                                  )     **ORDER REVOKING IN FORMA**
        v.                        )     **PAUPERIS STATUS**
                                  )
JAMES TILTON, et al,              )
                                  )
               Defendants.        )
                                  )
_____   )

       This is a civil rights case filed by a pro se prisoner pursuant to 42 U.S.C.

§ 1983.  On November 8, 2010, the case was dismissed for failure to comply with the

joinder requirements of the Federal Rule of Civil Procedure 20 even after being given

the opportunity to amend.  On appeal, the United States Court of Appeals affirmed the

dismissal on Rule 20 grounds.  The Court of Appeals thereafter denied Plaintiff's motion

for rehearing.  On October 24, 2012, nearly two years after this Court dismissed the case,

Plaintiff has filed a motion for reconsideration.  The motion was denied and Plaintiff has

appealed again.  The Court of Appeals has referred the case to this Court for a

determination of whether in forma pauperis status should continue for this appeal or

whether the appeal is frivolous or taken in bad faith.  *See* 28 U.S.C. § 1915(a)(3); *see*

*also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).  The Court finds

that the appeal is frivolous and consequently determines that in forma pauperis status

1  should be revoked for purposes of the appeal.  The Clerk shall send a copy of this order

2  to the Court of Appeals.

3          IT IS SO ORDERED.

4  DATED:  <u>December 14, 2012</u>

5

6                                           _____
                                            JEFFREY S. WHITE

7                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2

1
UNITED STATES DISTRICT COURT

2
FOR THE

3
NORTHERN DISTRICT OF CALIFORNIA

4

5

6
ERIC C R KNAPP et al,                                    Case Number: CV08-00719 JSW

7
       Plaintiff,                                  **CERTIFICATE OF SERVICE**

8
  v.

9
JAMES TILTON et al,

10
       Defendant.
_____/

11

12
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13
That on December 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

14

15

16

17
Eric Charles Rodney Knapp
J-10618

18
Sierra Conservation Center
5150 O'Byrnes Ferry Road

19
Jamestown, CA 95327

20
Dated: December 19, 2012

*Jennifer Ottolini*

21
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28